**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ESTATE OF TERRY HUDSON
(CHRISTINE COBB AS PERSONAL REPRESENTATIVE)

and

FREDRICK EVANS III

and

GERALDINE REYNOLDS                                    Civil Action No.

and

RODERICK EVANS

and

ANGELA HUDSON PEAVY

and

CHRISTINE HUDSON COBB

and

ESTATE OF CLEMENTINE HUDSON WILLIAMS
(CHRISTINE COBB AS PERSONAL REPRESENTIVE)

and

JOANN HUDSON INGE

and

MATTHEW HUDSON

and

MICHAEL E. HUDSON, SR.

and

STEPHENY H. FAIR

and

ESTATE OF MATTHEW DULL HUDSON
(CHRISTINE COBB AS PERSONAL REPRESENTATIVE)

and

TRACEY HUDSON-QUINSEY

and

GWENDOLYN FRANKLIN

and

CHARMAINE JONES

and

MOLLIE COLLINS

and

ESTATE OF JOHANSEN BANKS
(HELEN COLEMAN AS PERSONAL REPRESENTIVE)

and

HELEN COLEMAN

and

ESTELLA BANKS MARTIN

and

ESTATE OF PETRINA BENNETT
(DANNIE LAMAR BANKS AS PERSONAL REPRESENTATIVE)

and

ESTATE OF PETER BANKS
(DANNIE LAMAR BANKS AND ESTELLA BANKS
AS PERSONAL REPRESENTATIVES)

and

DANNIE LAMAR BANKS

and

ESTATE OF JOHN R. BOHNET, JR.
(JAN CARROLL BOHNET AS PERSONAL REPRESENTATIVE)

and

JAN CARROLL BOHNET

and

ESTATE OF JOHN R. BOHNET, SR.
(JAN CARROLL BOHNET AS PERSONAL REPRESENTATIVE)

and

DEBORAH K. BOHNET

and

KARA D. BOHNET

and

ESTATE OF BOBBY BUCHANAN, JR.
(THERESA BUCHANAN-ROBINSON AS PERSONAL REPRESENTATIVE)

and

THERESA BUCHANAN-ROBINSON

and

JANET ROBINSON

and

ESTATE OF LOLITA WILLIAMS
(FERNANDEZ BUCHANAN AS PERSONAL REPRESENTATIVE)

and

ESTATE OF BOBBY BUCHANAN, SR
(FERNANDEZ BUCHANAN AS PERSONAL REPRESENTATIVE)

and

FERNANDEZ BUCHANAN

and

ANGELA NYKANEN

and

FREDERICA BUCHANAN

and

CAMILLE NISICH

and

ESTATE OF WILLIAM B. FOSTER
(SHERRY FOSTER RICE AS PERSONAL REPRESENTATIVE)

and

SHERRY FOSTER RICE

and

ESTATE OF WILLIAM B. FOSTER, SR.
(SHERRY FOSTER RICE AS PERSONAL REPRESENTATIVE)

and

ESTATE OF MICHAEL S. FULTON
(BESSIE RUTH FULTON AS PERSONAL REPRESENTATIVE)

and

ESTATE OF DONALD S. FULTON
(BESSIE RUTH FULTON AS PERSONAL REPRESENTATIVE)

and

BESSIE RUTH FULTON

and

JULIANN P. MONTGOMERY

and

DEBRA J. WHITE

and

ESTATE OF RONALD GARCIA
(MURIEL GARCIA AS PERSONAL REPRESENTATIVE)

and

MURIEL GARCIA

and

ESTATE OF YOLANDA RUATA SMITH
(MARK GARCIA AS PERSONAL REPRESENTATIVE)

and

VERONICA MONIQUE GARCIA IBARRA

and

MICHAEL ALEXANDER GARCIA

and

CORINA GARCIA BELL

and

MARK GARCIA

and

DENISE GARCIA

and

YVETTE GARCIA

and

ESTATE OF LELAND GANN
(KAREN WHITED AS PERSONAL REPRESENTATIVE)

and

KAREN WHITED

and

KATHY DENTON

and

JOHNNY GANN

and

JOHELEN MESSER

and

JAMIE D. SALMELA

and

ESTATE OF THELMA ADEL GANN
(JOHELEN MESSER AS PERSONAL REPRESENTATIVE)

and

ESTATE OF LAVERNE EDWARD GANN
(JOHELEN MESSER AS PERSONAL REPRESENTATIVE)

and

ESTATE OF EDNA MARIE SMITH
(JOHELEN MESSER AS PERSONAL REPRESENTATIVE)
and

ESTATE OF HAROLD GRATTON
(MAUDE MANCUCCI AS PERSONAL REPRESENTATIVE)

and

BRUCE GRATTON

and

JAMES R. MANCUCCI

and

LORI MASSARA

and

MAUDE MANCUCCI

and

SHARON GRATTON

and

ESTATE OF ROBERT BRIAN GREASER
(GARY GREASER AS PERSONAL REPRESENTATIVE)

and

GARY GREASER

and

ESTATE OF MARTHA GREASER
(GARY GREASER AS PERSONAL REPRESENTATIVE)

and

JEFFREY GREASER

and

ESTATE OF CLAUDE C. GREASER
(TRISH GREASER AS PERSONAL REPRESENTATIVE)

and

ESTATE OF WILLIAM HART

(JOAN HART AS PERSONAL REPRESENTATIVE)

and

JOAN HART

and

WILLIAM JAMES HART, JR.

and

ESTATE OF FERRANDY HENDERSON
(DEBRA MYREE AS PERSONAL REPRESENTATIVE)

and

DEBRA MYREE

and

ESTATE OF ALMA HENDERSON
(DEBRA MYREE AS PERSONAL REPRESENTATIVE)

and

FORREST HENDERSON

and

CHRISTOPHER HENDERSON

and

FREDERICK HENDERSON

and

CLIFTON HENDERSON

and

ESTATE OF MELVIN HOLMES
(LINDA HOLMES AS PERSONAL REPRESENTATIVE)

and

LINDA HOLMES

and

ESTATE OF SILAS HOLMES
(LINDA HOLMES AS PERSONAL REPRESENTATIVE)

and

ALBERTA HOLMES

and

ESTATE OF BRUCE HOWARD
(PAMELA SWEETSER AS PERSONAL REPRESENTATIVE)

and

FRANK HOWARD

and

SCOTT HOWARD

and

ESTATE OF LUCILLE HOWARD
(FRANK HOWARD AS PERSONAL REPRESENTATIVE)

and

ESTATE OF FRANK EUGENE HOWARD
(FRANK HOWARD AS PERSONAL REPRESENTATIVE)

and

PAMELA SWEETSER

and

ESTATE OF VAL LEWIS
(VERONICA LEWIS AS PERSONAL REPRESENTATIVE)

and

VERONICA LEWIS

and

CHERYL LEWIS

and

CURTIS LEWIS

and

ESTATE OF ANNIE RUTH LEWIS
(VERONICA LEWIS AS PERSONAL REPRESENTATIVE)

and

ESTATE OF ALEX MUNOZ
(IGNACIO MUNOZ AS PERSONAL REPRESENTATIVE)

and

MARIA MUNOZ

and

LUIS MUNOZ

and

JULIAN MUNOZ

and

JESUS MUNOZ

and

IGNACIO MUNOZ

and

ESTATE OF GEORGE WILLIAM PIERCY
(LINDA PIERCY AS PERSONAL REPRESENTATIVE)

and

LINDA PIERCY

and

VICKI GOLDEN

and

ALTA PIERCY

and

BRENDA PIERCY

and

CHERYL DIEHL

and

DALE PIERCY

and

DONNA RENEE PIERCY

and

ESTATE OF CLYDE W. PLYMEL
(SUSAN PADGETT AS PERSONAL REPRESENTATIVE)

and

SUSAN PADGETT

and

CARLY ERIN PLYMEL

and

ESTATE OF RAFAEL POMALES-TORRES
(AURORA POMALES AS PERSONAL REPRESENTATIVE)

and

AURORA POMALES

and

ESTATE OF JUAN A. POMALES-TORRES, SR.
(AURORA POMALES AS PERSONAL REPRESENTATIVE)

and

ESTATE OF MERCEDES T. MARTINEZ
(AURORA POMALES AS PERSONAL REPRESENTATIVE)

and

ESTATE OF GERMAN POMALES
(AURORA POMALES AS PERSONAL REPRESENTATIVE)

and

ESTATE OF ERIC A. PULLIAM
(IRENE HENRY AS PERSONAL REPRESENTATIVE)

and

IRENE HENRY

and

BRIAN PULLIAM

and

THE ESTATE OF JOHNNY PULLIAM

and

JOHNNY PULLIAM, JR.

and

ESTATE OF DAVID MICHAEL RANDOLPH
(VIRGINIA RANDOLPH AS PERSONAL REPRESENTATIVE)

and

CRYSTAL CLARK

and

CARL SKIDMORE

and

DEBRA JONES

and

KENNETH SKIDMORE

and

VIRGINIA RANDOLPH

and

ESTATE OF DAVID F. RANDOLPH
(VIRGINIA RANDOLPH AS PERSONAL REPRESENTATIVE)

and

ESTATE OF EDWARD SOARES
(ARTHUR ALBERNAZ AS PERSONAL REPRESENTATIVE)

and

ARTHUR ALBERNAZ

and

GREGORY SOARES

and

LORRAINE ALBERNAZ

and

ESTATE OF STEVEN WENTWORTH
(ELAINE F. ACHENBACH AS PERSONAL REPRESENTATIVE)

and

ELAINE F. ACHENBACH

and

GERALD WHITE

and

WILLIAM WHITE

and

ESTATE OF WILLIAM ZIMMERMAN
(HILDA ZIMMERMAN AS PERSONAL REPRESENTATIVE)

and

HILDA ZIMMERMAN

and

JOAN KAY ZIMMERMAN

and

KAREN S. ZIMMERMAN BUNDY

and

NANCY JOBE

and

TOM ZIMMERMAN

and

DANA ALBERT

and

PATRICIA BENNETT

and

ESTATE OF DONALD ALBERT
(DANA ALBERT AS PERSONAL REPRESENTATIVE)

and

ESTATE OF GEORGE R. ALLEN
(JOSEPH B. ALLEN AS PERSONAL REPRESENTATIVE)

and

SELMA V. ALLEN FRANZ

and

JOSEPH B. ALLEN

and

ESTATE OF MARILYN DOLORES ALLEN
(JOSEPH B. ALLEN AS PERSONAL REPRESENTATIVE)

and

MICHAEL ATHERTON

and

ESTATE OF AGNUS ATHERTON
(MICHAEL ATHERTON AS PERSONAL REPRESENTATIVE)

and

ESTATE OF RONALD ATHERTON
(MICHAEL ATHERTON AS PERSONAL REPRESENTATIVE)

and

ESTATE OF RONALD ATHERTON, JR.
(MICHAEL ATHERTON AS PERSONAL REPRESENTATIVE)

and

DAVID ASHFORD

and

BERYL ASHFORD

and

ESTATE OF JOHN ASHFORD
(DARLENE ASHFORD AS PERSONAL REPRESENTATIVE)

and

DARLENE ASHFORD

and

WILLIE JAMES ARNOLD

and

CHARLIE MAE ARNOLD

and

ESTATE OF WILLIAM H. ARNOLD
(WILLIE JAMES ARNOLD AS PERSONAL REPRESENTATIVE)

and

WILLIAM H. ARNOLD

and

CHARLIE J. ARNOLD

and

PAYSON "BRYAN" AYRES

and

MICHAEL J. BALCOM

and

RICHARD LAGOY, III

and

ESTATE OF DONALD BASLEY
(ROBERT BASLEY AS PERSONAL REPRESENTATIVE)

and

DENNIS BASLEY

and

ETHEL V. HILL

and

ROBERT BASLEY

and

ESTATE OF JOHNNY WAYNE BASLEY
(ROBERT BASLEY AS PERSONAL REPRESENTATIVE)

and

ESTATE OF OSCAR BASLEY, JR.
(ROBERT BASLEY AS PERSONAL REPRESENTATIVE)

and

ESTATE OF OSCAR BASLEY, SR.
(ROBERT BASLEY AS PERSONAL REPRESENTATIVE)

and

SYREATHA M. BASLEY

and

WILLIE J. BASLEY

and

MARTIN BLOCK

and

MARY BLOCK

and

HAROLD BLOCK

and

SARAH BLOCK

and

SEAN BRUCE

and

ALISON BRUCE-MALDONADO

and

HEATHER BRUCE

and

GEORGE BULL

and

MIKE CIUGUDEAN

and

IOANA CIUGUDEAN

and

NICOLAE CIUGUDEAN

and

ADRIAN CIUGUDEAN

and

CHARLES CLARK, JR.

and

ESTATE OF EUNICE CLARK
(CHARLES CLARK, JR. AS PERSONAL REPRESENTATIVE)

and

CHARLES J. CLARK

and

BEVERLY BUTLER

and

BRUCE CLARK

and

JOHN T. COFIELD, JR.

and

BARBARA COFIELD

and

DANIEL CONRAD

and

MARIE J. CONRAD

and

ESTATE OF CARY CONRAD
(MARIE CONRAD AS PERSONAL REPRESENTATIVE)

and

MICHAEL A. CONRAD

and

MARK R. CONRAD

and

VINCENT COX

and

CECELIA SHAW

and

LISA CALLOWAY

and

RORY CURL

and

ESTATE OF JOHN CURL
(RUTH A. CURL AS PERSONAL REPRESENTATIVE)

and

RUTH A. CURL

and

RENEE CURL

and

SHELLEY CURL

and

CHRISTINE CURL

and

DOMINIC DARCONTE

and

ROBERT DARCONTE

and

REBECCA DARCONTE

and

THOMAS RICHARD DARCONTE

and

ROBERT DARCONTE, JR.

and

STEVEN DAVIS

and

ESTATE OF DELORES DAVIS BEASLY
(STEVEN DAVIS AS PERSONAL REPRESENTATIVE)

and

ESTATE OF CARLTON HART
(STEVEN DAVIS AS PERSONAL REPRESENTATIVE)

and

DONNA FONTAINE

and

DONATHONY BAKER

and

TERRY DAVIS

and

KEVIN DAVIS

and

BROOK EHRENFRIED

and

BOBBY ENGLERT

and

KENNETH FARNAN

and

THOMAS K. FENON

and

ESTATE OF KATHLEEN FENON
(THOMAS K. FENON AS PERSONAL REPRESENTATIVE)

and

CHERYL A. FENON

and

SHAUN T. FENON

and

KURT FISHER

and

ERIC FISHER

and

BRENDA MOORE

and

DARREL FRANKLIN

and

VALERIE STEVENS

and

CARLTON GARRETT

and

ESTATE OF WILLIE GARRETT
(CARLTON GARRETT AS PERSONAL REPRESENTATIVE)

and

ESTATE OF CD GARRETT
(CARLTON GARRETT AS PERSONAL REPRESENTATIVE)

and

MARGARET THOMAS

and

ESTATE OF WILLIS GARRETT
(CARLTON GARRETT AS PERSONAL REPRESENTATIVE)

and

DEDOCEO HABI

and

AGNES R. PRIESTER

and

CAROL WILLIAMS

and

ESTATE OF TERRILL ANTHONY MCCOY
(DEDOCEO HABI AS PERSONAL REPRESENTATIVE)

and

JEFFREY HALL

and

THOMAS HANE

and

RONALD TODD HANE

and

ANDRIENNE DEPEW

and

GARY MEACHAM

and

ANDRE HARDRICK

and

ANDREW HARDRICK

and

ESTATE OF EDNA HARDRICK
(ANDRE HARDICK AS PERSONAL REPRESENTATIVE)

and

ANTHONY HARDRICK

and

MICHAEL HARDRICK

and

REGINALD HARDRICK

and

REGINA HARDRICK

and

JAY HARDRICK

and

KERRI ALLEN

and

TONY O. HENDRICKS

and

TRACY STEVENSON

and

JOHN MORRISON, III

and

JACQUELINE HUNT

and

ESTATE OF ELVIN H. HENRY, JR.
(YVONNE HENRY AS PERSONAL REPRESENTATIVE)

and

YVONNE HENRY

and

RRHONDA HENRY

and

DONALD HENRY

and

ELVIN H. HENRY, JR. II

and

ANNIE LOU HENRY

and

FFRANCINE HENRY

and

GEORGE HENRY

and

LOUVENIA HENRY
and

MARIE WADE

and

ODESSA REELS

and

PEARL HENRY

and

FOSTER HILL, JR.

and

DONALD INNS

and

PHYILLIS INNS

and

BOBBY JACK IRVIN, JR.

and

JESSE JAMES, III

and

JESSE JAMES, IV

and

JEANINE DAVID

and

RICHARD E. DAVID

and

HARRY JAMES

and

MICHELE A. JAMES LOVINS

and

MICHAEL A. JAMES

and

EDWARD H. JAMES

and

GEORGE S. JAMES

and

JEANINE J. GATES

and

RICHARD D. JAMES

and

HERB DAVID

and

DEBRA J. JAMES

and

MARY A. VANBUSKIRK

and

ESTATE OF LARRY W. JENKINS
(VALERIE A. CYR AS PERSONAL REPRESENTATIVE)

and

JOHN R. BAKKEN

and

ESTATE OF DIXIE WAYMAN
(JOHN R. BAKKEN AS PERSONAL REPRESENTATIVE)

and

VALERIE A. CYR

and

RONALD LEE JONES

and

SANDRA HOWARD

and

COREY JONES

and

RONALD LEROY JONES

and

DIANE MCCALL

and

ROBERT T. JORDAN

and

ESTATE OF MAJOL A. JORDAN

and

SEAN P. JORDAN

and

MARC A. JORDAN

and

SCOTT L. JORDAN

and

ANN CROUCH

and

CRAIG JORDAN

and

JOHN T. JORDAN

And

ALFRED KNIGHT

and

ESTATE OF MUZZELL KNIGHT
(ALFRED KNIGHT AS PERSONAL REPRESENTATIVE)

and

CECELIA KNIGHT HESTER

and

HOUSTON KNIGHT

and

MICHAEL LABBE

and

ESTATE OF MARIE BLANCHE LABBE
(LINDA DA RE AS PERSONAL REPRESENTATIVE)

and

FERNAND R. LABBE

and

DORIS GOYETTE

and

GERARD LABBE

and

CARMEN COHEN

and

LARRY LABBE

and

LINDA DA RE

and

SUE LABBE

and

KEITH LEWIS

and

BRYAN LISTER

and

ESTATE OF GENEVIEVE LISTER
(BRYAN LISTER AS PERSONAL REPRESENTATIVE)

and

ESTATE OF RICHARD LISTER
(BRYAN LISTER AS PERSONAL REPRESENTATIVE)

and

ANDREA LISTER

and

RICHARD LISTER

and

BILLY E. LOTTMEN

and

ESTATE OF GERALDINE LOTTMEN
(BILLY E. LOTTMEN AS PERSONAL REPRESENTATIVE)

and

ESTATE OF BILLY LOTTMEN
(BILLY E. LOTTMEN AS PERSONAL REPRESENTATIVE)

and

KIM LOTTMEN

and

KAREN LEE

and

RANDY LUND

and

ESTATE OF LONNIE LUND

and

PATRICIA BOYD

and

LAURA RUCKEBEIL

and

LINETTE R. RIBANDO

and

RENEE SCHAUMBURG

and

ROBIN BONNER

and

STEPHEN LUNT

and

BARBARA WATSON

and

KIMBERLY LABUFF

and

SHERRY NEHLS

and

ESTATE OF CHRISTOPHER WATSON
(BARBARA WATSON AS PERSONAL REPRESENTATIVE)

and

SCOTT C. MAYES

and

TIMOTHY MAHANEY

and

MARY ELLEN MAHANEY

and

WILLAM H. MAHANEY

and

SCOTT L. MAHANEY

and

FRANK MARMO

and

ESTATE OF ROSARIA MARMO
(FRANK MARMO AS PERSONAL REPRESENTATIVE)

and

ESTATE OF ROSARIO MARMO
(FRANK MARMO AS PERSONAL REPRESENTATIVE)

and

PATTY RENZULLI

and

THOMAS MCCAFFREY

and

BONNIE MOSES

and

HUGH MCCAFFREY

and

FLOSSIE MCCAFFREY

and

HUGHIE MCCAFFREY

and

MICHAEL MCCARTY

and

SUE MCCARTY

and

ESTATE OF GEORGE MCCARTY
(SUE MCCARTY AS PERSONAL REPRESENTATIVE)

and

ESTATE OF TIMOTHY MCCARTY
(SUE MCCARTY AS PERSONAL REPRESENTATIVE)

and

CHERYL LOVE

and

MARK B. MCNEILL

and

ANTHONY MCVEIGH

and

MARLENE MCVEIGH

and

ESTATE OF JAMES J. MCVEIGH, JR.
(MARLENE MCVEIGH AS PERSONAL REPRESENATIVE)

and

JAMES J. MCVEIGH, III

and

MARIANNE SCHOFIELD

and

ANDREA MCVEIGH

and

MICHAEL P. MCVEIGH

and

DONALD J. MICHEL

and

AILNEAL MORRIS

and

THOMAS J. MULDOWNEY

and

MELVIN MYERS

and

NELLIE NIXON

and

PATRICIA MYERS

and

SHANTAE MYERS

and

JOSEPH NIXON

and

ESTATE OF COREY MYERS
(NELLIE NIXON AS PERSONAL REPRESENTATIVE)

and

WILLIE MYERS

and

MARK A. NEVELLS

and

TERRY NEVELLS

and

RONALD NEVELLS

and

JACQUELINE WILBUR

and

MARY E. AUCOIN

and

RICHARD ODOM

and

JOHN O'MARAH

and

RANDALL OSTROWSKI

and

CAROLE OSTROWSKI

and

ESTATE OF WINSTON OXENDINE
(BRENDA OXENDINE AS PERSONAL REPRESENTATIVE)

and

BRENDA OXENDINE

and

JOHN OXENDINE

and

WINSTON OXENDINE, JR.

and

MICHAEL A. PARRIS

and

CHARITY PARRIS

and

ESTATE OF CLARENCE B. PARRIS
(MICHAEL A. PARRIS AS PERSONAL REPRESENTATIVE)

and

ESTATE OF DELORES A. PARRIS
(MICHAEL A. PARRIS AS PERSONAL REPRESENTATIVE)

and

M. PAUL PARRIS

and

DAVID W. PARRIS

and

JAMES K. PARRIS

and

BRYAN PENNYCUFF

and

HARRY PIMENTEL, SR.

and

DAMARIY BARBOSA

and

ESTATE OF MARLA RODRIGUEZ
(HARRY PIMENTEL, SR. AS PERSONAL REPRESENTATIVE)

and

ESTATE OF LARRY PIMENTEL, JR.
(HARRY PIMENTEL, SR. AS PERSONAL REPRESENTATIVE)

and

RICHARD PIMENTEL, SR.

and

MICHAEL PIMENTEL, SR.

and

MARTIN F. PORTING

and

ESTATE OF HELEN PATRICIA PORTING
(MARTIN F. PORTING AS PERSONAL REPRESENTATIVE)

and

ESTATE OF CHARLES E. PORTING
(MARTIN F. PORTING AS PERSONAL REPRESENTATIVE)

and

PAULA ANN VANBRUNT

and

MICHAEL PORTING

and

MARK ALLEN PORTING

and

CLAY RIGGLEMAN

and

RAMON ROSARIO

and

ESTATE OF MARINA AQUINO
(RAMON ROSARIO AS PERSONAL REPRESENTATIVE)

and

ESTATE OF ENEMENCIO ROSARIO
(RAMON ROSARIO AS PERSONAL REPRESENTATIVE)

and

CARLOS ROSARIO

and

MIGUELINA ROSARIO

and

LOURDES ROSARIO

and

RAYMOND ROSARIO

and

EDDIA ROSARIO

and

ESTATE OF JAMES R. SCALES, SR.
(MARIAN SCALES AS PERSONAL REPRESENTATIVE)

and

ESTATE OF JOHN SCALES
(MARIAN SCALES AS PERSONAL REPRESENTATIVE)

and

VANESSA SCALES

and

TORRANCE SCALES

and

JAMES SCALES, JR.

and

MARIO SCALES

and

MUSTAFA ABDULMALIK AS-SALAFY

and

JERRY SCHROCK

and

ESTATE OF VIRGELIN A. SCHROCK
(JERRY SCHROCK AS PERSONAL REPRESENTATIVE)

and

ESTATE OF VICTOR SCHROCK
(JERRY SCHROCK AS PERSONAL REPRESENTATIVE)

and

KATHIE TURLIN

and

RHONDA CROSSLIN

and

GARY SCHUCKER

and

TIMOTHY SCHUCKER

and

DENISE SWATSWORTH

and

JOHN F. SEXTON

and

KEVIN SHAW

and

RONALD A. SHUMAKER, JR.

and

ESTATE OF RONALD A. SHUMAKER, SR.
(NANCY BROCKWELL SHUMAKER AS PERSONAL REPRESENTATIVE)

and

ESTATE OF SUSAN JACKSON NUTTALL
(RONALD A. SHUMAKER AS PERSONAL REPRESENTATIVE)

and

LAURA GEORGE

and

WILLIAM O. SMALL

and

SUSIE MAE SMALL

and

ESTATE OF WILLIAM E. SMALL
(WILLIAM SMALL AS PERSONAL REPRESENTATIVE)

and

SHERRIE ATKINSON

and

DOROTHY DANIELS

and

ELLA MAE SMALL

and

ESTATE OF JAMES H. LEVY
(WILLIAM SMALL AS PERSONAL REPRESENTATIVE)

and

RAYMOND SMALL

and

MAHAILIA SMALL

and

DONALD STATEN

and

ESTATE OF HATTIE D. STATEN
(DONALD STATEN AS PERSONAL REPRESENTATIVE)

and

ESTATE OF FOUNTAIN STATEN
(DONALD STATEN AS PERSONAL REPRESENTATIVE)

and

JAMES STEELE

and

JAMES STOVER

and

ESTATE OF ELMA STOVER
(CYNTHIA STOVER AS PERSONAL REPRESENTATIVE)

and

ESTATE OF JOHN STOVER, SR.
(CYNTHIA STOVER AS PERSONAL REPRESENTATIVE)

and

JOHN STOVER, JR.

and

JEFF STOVER

and

CYNTHIA STOVER

and

ESTATE OF MARK STRIKER
(CINDY STRIKER AS PERSONAL REPRESENTATIVE)

and

THOMAS ERIC STRIKER

and

DAVID STRIKER

and

JOHN STRIKER

and

EDIL STRIKER, JR.

and

CINDY STANLEY

and

ESTATE OF EDIL STRIKER, SR.
(THOMAS ERIC STRIKER AS PERSONAL REPRESENTATIVE)

and

ROBERT TERRY

and

ALBERT EUGENE THOMPKINS

and

ESTATE OF DORIS J. THOMPKINS
(ALBERT EUGENE THOMPKINS AS PERSONAL REPRESENTATIVE)

and

TIFFANY N. THOMPKINS

and

ALICIA S. THOMPKINS

and

ROSA L. THOMPKINS

and

DEBORAH A. SMITH

and

JOSEPH THORPE

and

PRICE TROCHE

and

THOMAS TWITCHELL

and

ESTATE OF LINDA TWITCHELL
(THOMAS TWITCHELL AS PERSONAL REPRESENTATIVE)

and

ESTATE OF TOM TWITCHELL
(THOMAS TWITCHELL AS PERSONAL REPRESENTATIVE)

and

JONATHAN TWITCHELL

and

LEANN TWITCHELL

and

KEIRA TWITCHELL

and

LAURA ANDERSON

and

JAIME D. VELASCO

and

RICKY VON BERGEN

and

ESTATE OF BERTHALOU COLE
(RICKY VON BERGEN AS PERSONAL REPRESENTATIVE)

and

ESTATE OF WILLIAM VON BERGEN
(RICKY VON BERGEN AS PERSONAL REPRESENTATIVE)

and

DENNIS VON BERGEN

and

SCOT M. VON BERGEN

and

KELLY R. VON BERGEN

and

GREGORY T. WAH

and

MICHELINE WAH

and

ESTATE OF EDOUARD WAH
(MICHELINE WAH AS PERSONAL REPRESENTATIVE)

and

TAMARA SEILLY

and

MARILYN BAILIFF

and

ALLAN WAH

and

ESTATE OF NORMAN WHETHAM
(JEFFREY WHETHAM AS PERSONAL REPRESENTATIVE)

and

JEFFREY WHETHAM

and

BURTON WILCOX

and

DAVID WILCOX

and

ETTA KATHLEEN BRAGAN

and

ALLAN WILCOX

and

RUBY LEWIS

and

JIMMIE YOUNG

and

VICTORIA COBB

and

MARY ELLEN COBB

and

RICHARD ZIERHUT

and

JO EVA PARKER

and

JANICE RAGEN

and

SALLY JOHNSON

and

GARLAND BURTON

and

GARY BUCKMASTER

and

ESTATE OF JOHNNIE CEASAR
(ROBBIE CEASAR AS PERSONAL REPRESENTATIVE)

and

ESTATE OF MARGARET CORTNER
(JOSEPH CORTNER AS PERSONAL REPRESENTATIVE)

and

ESTATE OF JOSEPH CORTNER, I
(JOSEPH CORTNER AS PERSONAL REPRESENTATIVE)

and

THOMAS CUDDEBACK

and

ROBERT CUDDEBACK

and

THOMAS DWYER

and

DAVID DWYER

and

ESTATE OF FREDERICK DWYER
(PAUL DWYER AS PERSONAL REPRESENTATIVE)

and

YOLANDA K. WILLIAMS

and

ROSE PINCENTI

and

ERNST GHUMM

and

MICHAEL GHUMM

and

ESTATE OF HAZEL HAMILTON
(LEONARD HAMILTON AS PERSONAL REPRESENTATIVE)

and

CHRISTINE HASKELL

and

MELISSA A. MILLER

and

JASON M. HASKELL

and

ESTATE OF RICHARD TELFER HASKELL, JR.
(JEFF HASKELL AS PERSONAL REPRESENTATIVE)

and

ESTATE OF MARION R. HASKELL
(JEFF HASKELL AS PERSONAL REPRESENTATIVE)

and

RAYMOND ABSHUR

and

ESTATE OF BRUCE HASTINGS
(BRUCE HASTINGS, JR. AS PERSONAL REPRESENTATIVE)

and

ESTATE OF JOHN "JACK" HASTINGS
(BRUCE HASTINGS, JR. AS PERSONAL REPRESENTATIVE)

and

DONNA HASTINGS

and

ESTATE OF MARTINA GARCIA HERNANDEZ
(MARY HERNANDEZ AS PERSONAL REPRESENTATIVE)

and

ESTATE OF MATILDE HERNANDEZ, SR.
(MARY HERNANDEZ AS PERSONAL REPRESENTATIVE)

and

ZOE HINES BUNIN

and

PEGGY DIANE BENNETT

and

ESTATE OF CEOLA HOLLINGSHEAD
(PEGGY BENNETT AS PERSONAL REPRESENTATIVE)

and

ESTATE OF RONALD HOLLINGSHEAD
(PEGGY BENNETT AS PERSONAL REPRESENTIVE)

and

RENEE HALL

and

CHERYL FRANKLIN

and

RETHA JACKSON

and

BARBIE MANLEY

and

SHARON TAYLOR

and

ANTHONY RIVERS

and

MICHELLE SINGLETON

and

ESTATE OF PAUL RIVERS, SR.
(SHARON TAYLOR AS PERSONAL REPRESENTATIVE)

and

MARIAN RIVERS

and

RICKY ADAMS

and

MIGUEL RODRIGUEZ

and

ESTATE OF CARIDAD RODRIGUEZ
(MIGUEL RODRIGUEZ AS PERSONAL REPRESENTATIVE)

and

MIGUEL A. RODRIGUEZ

and

SHERYN SCHENKMAN

and

ESTATE OF VONTINA BLUE
(TIFFANY BLUE AS PERSONAL REPRESENTATIVE)

and

OSCAR MACK, JR.

and

TAMIKA TURNER

and

ESTATE OF SHENDINA MACK
(KISSIMMEE SHROPSHIRE AS PERSONAL REPRESENTATIVE)

and

ESTATE OF ELOISE SHROPSHIRE
(OSCAR MACK AS PERSONAL REPRESENTATIVE)

and

ESTATE OF OSCAR MACK, SR.
(OSCAR MACK AS PERSONAL REPRESENTATIVE)

and

AHMAD KING

and

KIZZY KING

and

DAVID M. SILVIA, SR.

and

LORENA KEEMON

and

ESTATE OF MARGARET SURCH
(PATTY BARNETT AS PERSONAL REPRESENTATIVE)

and

ESTATE OF JAMES F. SURCH
(PATTY BARNETT AS PERSONAL REPRESENTATIVE)

and

FAITH WEEKES

and

COLIN WEEKES

and

ESTATE OF GILBERT EDMOND
(WENDY EDMOND AS PERSONAL REPRESENTATIVE)

and

SHIRLEY HAWKINS

and

ESTATE OF JOHN WYCHE, SR.
(SHIRLEY HAWKINS AS PERSONAL REPRESENTATIVE)

and

STACY ROBINSON

and

VAUGHN ROBINSON

and

LASHANDA ROBINSON

and

PRISCILLA KING-SCOTT

and

JOANNE Z. SHARPE

and

CHRISTINE PECKHAM


      Plaintiffs

    v.

THE ISLAMIC REPUBLIC OF IRAN
Ministry of Foreign Affairs
Khomeini Avenue
United Nations Street
Tehran, Iran


      Defendant.

## COMPLAINT

1.     Plaintiffs, by and through undersigned counsel, bring this action seeking Judgment and damages against the Defendant, the Islamic Republic of Iran, for its heinous acts and sponsorship of foreign terrorists and arising out of the terrorist attack upon the headquarters building of the 24th Marine Amphibious Unit in Beirut, Lebanon on October 23, 1983 ("Marine Barracks Bombing").

2.     Pursuant to section 1083(c)(3) of the National Defense Authorization Act for Fiscal Year 2008, Pub. L. 100-181 (2008) ("NDAA 2008 Act"), this case may be filed as a related action to *Bova, et al. v. Islamic Republic of Iran, et al.*, Civil Action No. 15-01074-RCL ("Bova" or "Bova Case") ; *Estate of Stephen B. Bland, et al. v. Islamic Republic of Iran, et al.*, Civil Action No. 05-02124-RCL ("Bland" or "Bland Case"); *Estate of Anthony K. Brown, et al. v. Islamic Republic of Iran, et al.*, Civil Action No. 08-00531-RCL ("Brown" or "Brown Case"); *Spencer v. Islamic Republic of Iran, et al.*, Civil Action No. 06-00750-RCL ("Spencer I" or "Spencer I Case");  *Kenneth S. Spencer v. Islamic Republic of Iran, et al.*, Civil Action No. 12-00042-RCL("Spencer II" or "Spencer II Case") ; *Peterson et al. v. Islamic Republic of Iran, et al.*, Civil Action No. 01-02094-RCL ("Peterson" or "Peterson Case"); because it arises out of the same acts and/or incidents as those cases. In *Bland, Brown, Spencer I, Spencer II* and *Peterson,* this Court found the Defendant in this action, the Islamic Republic of Iran ("Iran"), liable for the Marine Barracks Bombing, and awarded judgment in favor of plaintiffs, U.S. citizens killed or injured in that attack and their immediate family members.

3.     Plaintiffs seek judgment against Defendant, Iran, and in support of their Complaint allege as follows:

# I.    JURISDICTION AND VENUE

4.    This action is brought in the individual capacity of each plaintiff and, as appropriate, in the capacity of each as personal representative of the estate more particularly described in the caption of this action for their own benefit, for the benefit of each particular estate, and/or for the benefit and on behalf of all those legally entitled to assert a claim under the Foreign Sovereign Immunities Act 28 U.S.C. § 1605A(c), and state common law and statutory law. Subject matter jurisdiction before this Court is proper in accordance with the provisions of 28 U.S.C. §§ 1330(a), 1331, 1332(a)(2), and 1605A, and related statutes.

5.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(f)(4).

# II.    THE PLAINTIFFS

## The Hudson Family

6.    Plaintiff Estate of Terry Hudson is represented in the action by and through Christine Cobb, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Terry Hudson. Terry Hudson was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death on 12/5/1983, Terry Hudson was a citizen of the United States and a resident of the State of Texas. Terry Hudson had severe burns covering over 43 percent of his body and had suffered four heart attacks and multiple health issues from the time he was pulled out of the rubble until his death on December 5, 1983. His death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of Terry Hudson was caused by a willful and deliberate act of extra judicial killing by the Defendant.

7.      Plaintiff Estate of Clementine Hudson Williams and Plaintiff Estate of Matthew Dull Hudson were the parents of Terry Hudson who was killed as a result of the Marine Barracks Bombing. Both Clementine and Matthew were alive on October 23, 1983, living in Mobile, Alabama. Since that time they have become deceased, as citizens of the United States and residents of the State of Alabama. Christine Cobb, as the Personal Representative, brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Alabama. The terrorist attack and murder of their son, Terry, caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiffs can sue and be sued in this Court.

8.      Plaintiffs Frederick Evans III, Geraldine Reynolds, Roderick Evans, Angela Hudson Peavy, Christine Hudson Cobb, Joann Hudson Inge, Matthew Hudson, Michael E. Hudson, Sr., Stepheny H. Fair, Tracey Hudson-Quinsey, Gwendolyn Franklin, and Mollie Collins are siblings of Terry Hudson who was killed as a result of the Marine Barracks Bombing. All these Plaintiffs are citizens of the United States and a resident of the State of Alabama, except JoAnn Hudson Inge, who is a resident of Texas. All of these Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Alabama or Texas. The murder of their brother Terry Hudson. The bombing of the BLT Barracks in Beirut, Lebanon caused Terry Hudson severe pain, and suffering, and eventually death 43 days later. The murder of the Plaintiffs' brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

9.      Plaintiff Charmaine Jones is the daughter of Terry Hudson who was killed as a result of the Marine Barracks Bombing. Charmaine is currently a citizen of the United States and

a resident of the State of California. Charmaine Jones brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or California. The murder of her father caused Charmaine severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Banks Family

10.     Plaintiff Estate of Johansen "Joe" Banks is represented in the action by and through Helen Coleman, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Johansen Banks. Johansen Banks was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Johansen Banks was a citizen of the United States and a resident of the State of North Carolina and Mississippi. Johansen Banks death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of Johansen Banks was caused by a willful and deliberate act of extra judicial killing by the Defendant.

11.     Plaintiff Estate of Peter Banks and Plaintiff Estella Banks Martin were the parents of Johansen Banks who was killed as a result of the Marine Barracks Bombing. Both Estella and Peter Banks were alive on October 23, 1983. Since that time, Peter Banks has become deceased, as a citizen of the United States and a resident of the State of Michigan. Dannie Lamar Banks and Estella Banks Martin, as the Personal Representatives, and Estella Banks Martin, on behalf of herself, bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or

Michigan or Mississippi. The terrorist attack and murder of their son, Johansen, caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiffs can sue and be sued in this Court.

12.     Plaintiffs Helen Coleman, Estate of Petrina Banks and Dannie Lamar Banks are siblings of Johansen Banks who was killed as a result of the Marine Barracks Bombing. All these Plaintiffs were alive on October 23, 1983.  Since that time, Petrina Banks has become deceased, as a citizen of the United States and a resident of the State of Michigan. Dannie Lamar Banks, as the Personal Representative of the Estate of Petrina Banks, and on behalf of himself, and Helen Coleman bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Michigan or Mississippi, for the murder of their brother, Johansen Banks. The bombing of the BLT Barracks in Beirut, Lebanon caused these Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Bohnet Family

13.     Plaintiff the Estate of John R. Bohnet, Jr. is represented in the action by and through Jan Carroll Bohnet, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of John R. Bohnet, Jr. John R. Bohnet, Jr. was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, John R. Bohnet, Jr. was a citizen of the United States and a resident of the State of North Carolina and Tennessee. John R. Bohnet, Jr. death was directly related to the injuries he sustained as a result

of the bombing of the BLT in Beirut, Lebanon. The death of John R. Bohnet, Jr. was caused by a willful and deliberate act of extra judicial killing by the Defendant.

14.     Plaintiff Estate of John R. Bohnet, Sr. was the father of John R. Bohnet, Jr. who was killed as a result of the Marine Barracks Bombing. John Bohnet, Sr. was alive on October 23, 1983. John R. Bohnet, Sr., before his death was a citizen of the United States and a resident of the State of Tennessee. Jan Bohnet Carroll, as the Personal Representative of John Bohnet, Sr. estate, brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Tennessee. The terrorist attack and murder of his son John causing severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

15.     Plaintiff Jan Bohnet Carroll is the sibling of John Bohnet, Jr. who was killed as a result of the Marine Barracks Bombing. Plaintiff is and was a citizen of the United States and resident of Tennessee. Plaintiff bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Tennessee, for the murder of her brother, John R. Bohnet, Jr. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiff severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

16.     Plaintiff Deborah K. Bohnet is the widow of John Bohnet, Jr. who was killed as a result of the Marine Barracks Bombing.  Plaintiff is a citizen of the United States and a resident of the Commonwealth of Kentucky.  Plaintiff brings claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Kentucky, for the murder of her husband, John R. Bohnet, Jr. The

bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiff severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

17.    Plaintiff Kara D. Bohnet is the daughter of John Bohnet, Jr. who was killed as a result of the Marine Barracks Bombing. Plaintiff is a citizen of the United States and a resident of the Commonwealth of Kentucky. Plaintiff brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Kentucky, for the murder of her father, John R. Bohnet, Jr.  The bombing of the BLT Barracks in Beirut, Lebanon caused Kara severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

**The Buchanan Family**

18.    Plaintiff Estate of Bobby Buchanan, Jr. is represented in the action by and through Theresa Buchanan-Robinson, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Bobby Buchanan, Jr. Bobby Buchanan, Jr. was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was seriously injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Bobby Buchanan, Jr. was a citizen of the United States and a resident of the State of North Carolina. Bobby Buchanan, Jr.'s death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of Bobby Buchanan, Jr. was caused by a willful and deliberate act of extra judicial killing by the Defendant.

19.    Plaintiff Janet Robinson is the widow of Bobby Buchanan, Jr. who was killed as a result of the Marine Barracks Bombing. Janet Robinson is a citizen of the United States and a resident of the State of Texas. Janet Robinson, brings claims for loss of solatium and/or

intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Texas. The terrorist attack and murder of her husband, Bobby, caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

20.     Plaintiffs Fernandez Buchanan, Angela Nykanen, Frederica Buchanan, and Camille Nisich are the siblings of Bobby Buchanan, Jr. who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and residents of New York, Virginia, and Minnesota. Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York, Virginia, or Minnesota, for the murder of their brother, Bobby Buchanan, Jr. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

21.     Plaintiff Theresa Buchanan-Robinson is the daughter of Bobby Buchanan, Jr. who was killed as a result of the Marine Barracks Bombing. Theresa is currently a citizen of the United States and a resident of the State of Texas. Theresa brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Texas. The murder of her father caused Theresa severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

22.     Plaintiffs Estate of Lolita Williams and Estate of Bobby Buchanan, Sr., are the parents of Bobby Buchanan, Jr., who was injured as a result of the Marine Barracks Bombing. Both parents were alive on October 23, 1983 but have since become deceased as citizens of the

United States and residents of the Commonwealth of Virginia. Fernandez Buchanan, as the Personal Representative of these estates, brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Virginia. The murder of their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Foster Family

23.     Plaintiff the Estate of William B. Foster is represented in the action by and through Sherry Foster Rice, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of William B. Foster. William B. Foster was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, William B. Foster was a citizen of the United States and a resident of the State of North Carolina. William B. Foster's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of William B. Foster was caused by a willful and deliberate act of extra judicial killing by the Defendant.

24.     Plaintiffs Estate of William B. Foster, Sr. is the father of William B. Foster who was killed as a result of the Marine Barracks Bombing. William B. Foster, Sr. was alive on October 23, 1983 and was a citizen of the United States and resident of the Commonwealth of Virginia. Sherry Foster Rice brings a claim, on behalf of the Estate of William B. Foster, Sr. for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Virginia. The terrorist attack and

murder of his son caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

25.     Plaintiff Sherry Foster Rice is the sister of William B. Foster who was killed as a result of the Marine Barracks Bombing. Plaintiff is a citizen of the United States and currently residents in Virginia. Plaintiff brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia, or Virginia, for the murder of her brother William B. Foster. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiff severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Fulton Family

26.     Plaintiff Estate of Michael S. Fulton is represented in the action by and through Bessie Ruth Fulton, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Michael S. Fulton. Michael S. Fulton was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Michael S. Fulton was a citizen of the United States and a resident of the State of North Carolina and Texas. Michael Fulton's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of Michael Fulton was caused by a willful and deliberate act of extra judicial killing by the Defendant.

27.     Plaintiffs Bessie Ruth Fulton and Estate of Donald Fulton are the parents of Michael Fulton who was killed as a result of the Marine Barracks Bombing. Donald Fulton was alive on October 23, 1983.  Both parents are/were citizens of the United States and residents of

the State of Texas. Bessie Ruth Fulton, on behalf of her late husband's estate and on behalf of herself, brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Texas. The terrorist attack and murder of their son, Michael Fulton, caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiffs can sue and be sued in this Court.

28.    Plaintiffs Juliann P. Montgomery and Debra J. White are the sisters of Michael Fulton who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and residents of Texas. Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Texas, for the murder of their brother, Michael Fulton. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

**The Garcia Family**

29.    Plaintiff Estate of Ronald Garcia is represented in the action by and through Muriel Garcia, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Ronald Garcia. Ronald Garcia was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Ronald Garcia was a citizen of the United States and a resident of the State of North Carolina. Ronald Garcia's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut,

Lebanon. The death of Ronald Garcia was caused by a willful and deliberate act of extra judicial killing by the Defendant.

30.     Plaintiff Estate of Yolanda Ruata Smith was the mother of Ronald Garcia who was killed as a result of the Marine Barracks Bombing. Yolanda Ruata Smith was alive on October 23, 1983 and was a citizen of the United States and resident of the State of North Carolina. Mark Garcia, on behalf of the Estate of Yolanda Ruata Smith brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina. The terrorist attack and murder of her son Ronald Garcia caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

31.     Plaintiffs Mark Garcia, Denise Garcia, and Yvette Garcia are the siblings of Ronald Garcia who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and residents of California, except Denise who currently resides in the United Kingdom. Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or California, for the murder of their brother, Ronald Garcia. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

32.     Plaintiff Muriel Garcia is the widow of Ronald Garcia who was killed as a result of the Marine Barracks Bombing. Muriel Garcia is a citizen of the United States and a resident of the State of North Carolina. Muriel Garcia, brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina. The terrorist attack and murder of her husband,

Ronald, caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

33.    Plaintiffs Veronica Monique Garcia Ibarra, Corina Garcia Bell, and Michael A. Garcia are the children of Ronald Garcia who was killed as a result of the Marine Barracks Bombing. All of these children were born before October 23, 1983 and all are citizens of the United States; the daughters are residents of the State of North Carolina, and the son is a resident of Colorado. These Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina or Colorado. The murder of her father caused all three children (now adults) severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Gann Family

34.    Plaintiff Estate of Leland Gann is represented in the action by and through Karen Whited, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Ronald Garcia. Ronald Garcia was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Ronald Garcia was a citizen of the United States and a resident of the State of North Carolina. Ronald Garcia's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of Ronald Garcia was caused by a willful and deliberate act of extra judicial killing by the Defendant.

35.     Plaintiffs Estate of Thelma Adel Gann and Estate of Laverne Edward Gann were the parents of Leland Gann, who was killed as a result of the Marine Barracks Bombing. Both parents were alive on October 23, 1983 and were citizens of the United States and were residents of the State of Texas. JoHelen Messer, on behalf of both estates, brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Texas. The terrorist attack and murder of their son caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiffs can sue and be sued in this Court.

36.     Plaintiffs JoHelen Messer, Johnny Gann, Estate of Edna Marie Smith and Kathy Denton are the siblings of Leland Gann who was killed as a result of the Marine Barracks Bombing. Plaintiffs are/were citizens of the United States and residents of Texas and New Mexico. JoHelen Messer, on her own behalf and on behalf of the Estate of Edna Marie Smith, and Johnny Gann and Kathy Denton on their own behalf, bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Texas or New Mexico, for the murder of their brother Leland Gann. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

37.     Plaintiff Karen Whited is the widow of Leland Gann who was killed as a result of the Marine Barracks Bombing. Karen Whited is a citizen of the United States and a resident of the State of Texas. Karen Whited, brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Texas. The terrorist attack and murder of her husband, Leland Gann, caused

severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

38.    Plaintiff Jamie Salmela is the daughter of Leland Gann who was killed as a result of the Marine Barracks Bombing. Jamie Salmela was born before October 23, 1983 and is a citizen of the United States and currently residents in the State of Texas. Plaintiff bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina or Colorado. The murder of her father caused Jamie Salmela severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

**The Gratton Family**

39.    Plaintiff Estate of Harold Gratton is represented in the action by and through Maude Mancucci, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Harold Gratton. Harold Gratton was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Harold Gratton was a citizen of the United States and a resident of the State of North Carolina and New York. Harold Gratton's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of Harold Gratton was caused by a willful and deliberate act of extra judicial killing by the Defendant.

40.    Plaintiff Maude Mancucci is the mother of Harold Gratton who was killed as a result of the Marine Barracks Bombing. Maude Mancucci is a citizen of the United States and is a resident of the State of New York. Maude Mancucci brings a claim for loss of solatium and/or

intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The terrorist attack and murder of her son caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

41.     Plaintiffs Bruce Gratton, James R. Mancucci, Lori Massara, and Sharon Gratton are the siblings of Harold Gratton who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and currently residents of New York. Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York, for the murder of their brother Harold Gratton. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Greaser Family

42.     Plaintiff Estate of Robert Brian Greaser is represented in the action by and through Gary Greaser, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Robert Brian Greaser. Robert Brian Greaser was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Robert Brian Greaser was a citizen of the United States and a resident of the State of North Carolina and Pennsylvania. Robert Brian Greaser's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of Robert Brian Greaser was caused by a willful and deliberate act of extra judicial killing by the Defendant.

70

43.    Plaintiffs Estate of Claude C. Greaser and Estate of Martha Greaser were the parents of Robert Brian Greaser who was killed as a result of the Marine Barracks Bombing. Both parents were alive on October 23, 1983, and were citizens of the United States and residents of the Commonwealth of Pennsylvania. Gary Greaser, on behalf of both parents' Estates, brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Pennsylvania. The terrorist attack and murder of their son caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiffs can sue and be sued in this Court.

44.    Plaintiffs Gary Greaser and Jeffrey Greaser are the siblings of Robert Brian Greaser who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and currently residents of Texas and Pennsylvania. Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Texas or Pennsylvania, for the murder of their brother, Robert Brian Greaser. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

**The Hart Family**

45.    Plaintiff Estate of William Hart is represented in the action by and through Joan Hart, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of William Hart. William Hart was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, William Hart was a citizen of the United

States and a resident of the State of North Carolina. William Hart's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of William Hart was caused by a willful and deliberate act of extra judicial killing by the Defendant.

46.    Plaintiff Joan Hart is the widow of William Hart who was killed as a result of the Marine Barracks Bombing. Joan Hart is a citizen of the United States and a resident of the State of Louisiana. Joan Hart, brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Louisiana. The terrorist attack and murder of her husband, William Hart, caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

47.    Plaintiff William James Hart, Jr. is the son of William Hart who was killed as a result of the Marine Barracks Bombing. William James Hart, Jr. was born before October 23, 1983 and is a citizen of the United States and currently residents in the State of Connecticut. Plaintiff bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Connecticut. The murder of his father caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

**The Henderson Family**

48.    Plaintiff Estate of Ferrandy Henderson is represented in the action by and through Debra Myree, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Ferrandy Henderson. Ferrandy Henderson was a member of the United States Marine Corps and acting in the scope of his

employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Ferrandy Henderson was a citizen of the United States and a resident of the State of North Carolina. Ferrandy Henderson's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of Ferrandy Henderson was caused by a willful and deliberate act of extra judicial killing by the Defendant.

49.    Plaintiff Estate of Alma Henderson was the mother of Ferrandy Henderson who was killed as a result of the Marine Barracks Bombing. Alma Henderson was alive on October 23, 1983, and was a citizen of the United States and resident of the State of Alabama. Debra Myree, on behalf of the Estate of Alma Henderson, brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Alabama. The terrorist attack and murder of her son caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiffs can sue and be sued in this Court.

50.    Plaintiffs Debra Myree, Forrest Henderson, Christopher Henderson, Frederick Henderson, and Clifton Henderson are the siblings of Ferrandy Henderson who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and currently residents of Georgia, Alabama, and California. Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Georgia or Alabama or California, for the murder of their brother, Ferrandy Henderson. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

**The Holmes Family**

51.    Plaintiff Estate of Melvin Holmes is represented in the action by and through Linda Holmes, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Melvin Holmes. Melvin Holmes was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Melvin Holmes was a citizen of the United States and a resident of the State of North Carolina. Melvin Holmes's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of Melvin Holmes was caused by a willful and deliberate act of extra judicial killing by the Defendant.

52.    Plaintiffs Estate of Silas Holmes and Alberta Holmes are the parents of Melvin Holmes who was killed as a result of the Marine Barracks Bombing. Silas Holmes was alive on October 23, 1983.  Both parents are/were citizens of the United States and residents of the State of Illinois. Linda Holmes, on behalf of the Estate of Silas Holmes, and Alberta Holmes bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Illinois. The terrorist attack and murder of their son caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiffs can sue and be sued in this Court.

53.    Plaintiff Linda Holmes is the sister of Melvin Holmes who was killed as a result of the Marine Barracks Bombing. Plaintiff is a citizen of the United States and currently resides in Illinois. Plaintiff brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia

or Illinois, for the murder of her brother, Melvin Holmes. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiff severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Howard Family

54.     Plaintiff Estate of Bruce Howard is represented in the action by and through Pamela Sweetser, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Bruce Howard. Bruce Howard was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Bruce Howard was a citizen of the United States and a resident of the State of North Carolina. Bruce Howard's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of Bruce Howard was caused by a willful and deliberate act of extra judicial killing by the Defendant.

55.     Plaintiffs Estate of Lucille Howard and Frank Howard are the parents of Bruce Howard who was killed as a result of the Marine Barracks Bombing. Lucille Howard was alive on October 23, 1983.  Both parents are/were citizens of the United States and residents of the State of Maine. Frank Howard, on his own behalf and on behalf of the Estate of Lucille Howard, brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Maine. The terrorist attack and murder of their son caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiffs can sue and be sued in this Court.

56.     Plaintiffs Scott Howard, Pamela Sweetser, and the Estate of Frank Eugene Howard are the siblings of Bruce Howard who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and currently residents of Maine and North Carolina. Frank Howard, on behalf of the Estate of Frank Eugene Howard, Scott Howard and Pamela Sweetser, on their own behalf, bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Maine or North Carolina, for the murder of their brother Bruce Howard. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Lewis Family

57.     Plaintiff Estate of Val Lewis is represented in the action by and through Veronica Lewis, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Val Lewis. Val Lewis was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Val Lewis was a citizen of the United States and a resident of the State of North Carolina. Val Lewis's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of Val Lewis was caused by a willful and deliberate act of extra judicial killing by the Defendant.

58.     Plaintiff Estate of Annie Ruth Lewis was the mother of Val Lewis who was killed as a result of the Marine Barracks Bombing. Annie Ruth Lewis was alive on October 23, 1983 and was a citizen of the United States and resident of the State of Georgia. Veronica Lewis, on

behalf of the Estate of Annie Ruth Lewis, brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Georgia. The terrorist attack and murder of her son caused the Plaintiff severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

59.     Plaintiffs Veronica Lewis, Cheryl Lewis, and Curtis Lewis are the siblings of Val Lewis who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and currently residents of Georgia. Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Georgia, for the murder of their brother, Val Lewis. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

**The Munoz Family**

60.     Plaintiff Estate of Alex Munoz is represented in the action by and through Ignacio Munoz, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Alex Munoz. Alex Munoz was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Alex Munoz was a citizen of the United States and a resident of the State of North Carolina. Alex Munoz's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The

death of Alex Munoz was caused by a willful and deliberate act of extra judicial killing by the Defendant.

61.     Plaintiffs Jesus Munoz and Maria Munoz are the parents of Alex Munoz who was killed as a result of the Marine Barracks Bombing. Both Parents are citizens of the United States and residents of the State of New Mexico. The parents, Jesus and Maria Munoz, bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New Mexico. The terrorist attack and murder of their son caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiffs can sue and be sued in this Court.

62.     Plaintiffs Ignacio Munoz, Luis Munoz, and Julian Munoz are the siblings of Alex Munoz who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and currently residents of New Mexico and Texas. Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New Mexico or Texas, for the murder of their brother, Alex Munoz. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Piercy Family

63.     Plaintiff Estate of George William Piercy is represented in the action by and through Linda Piercy, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of George William Piercy. George William Piercy was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a

result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, George William Piercy was a citizen of the United States and a resident of the State of North Carolina. George William Piercy's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of George William Piercy was caused by a willful and deliberate act of extra judicial killing by the Defendant.

64.     Plaintiff Alta Piercy is the mother of George William Piercy who was killed as a result of the Marine Barracks Bombing. Alta Piercy is a citizen of the United States and a resident of the State of Maryland. Alta Piercy brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Maryland. The terrorist attack and murder of her son caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

65.     Plaintiffs Vicki Golden, Brenda Piercy, Cheryl Diehl, Dale Piercy, and Donna Renee Piercy are the siblings of George William Piercy who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and currently residents of Maryland, South Carolina, and West Virginia. Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia, Maryland, South Carolina, or West Virginia, for the murder of their brother, George William Piercy. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

66.     Plaintiff Linda Piercy is the widow of George William Piercy who was killed as a result of the Marine Barracks Bombing. Linda Piercy is a citizen of the United States and a

resident of the State of Maryland. Linda Piercy brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Maryland. The terrorist attack and murder of her husband, George William Piercy, caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

### The Plymel Family

67.    Plaintiff Estate of Clyde W. Plymel is represented in the action by and through Susan Padgett, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Clyde W. Plymel. Clyde W. Plymel was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Clyde W. Plymel was a citizen of the United States and a resident of the State of North Carolina. Clyde W. Plymel's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of Clyde W. Plymel was caused by a willful and deliberate act of extra judicial killing by the Defendant.

68.    Plaintiff Susan Padgett is the widow of Clyde W. Plymel who was killed as a result of the Marine Barracks Bombing. Susan Padgett is a citizen of the United States and a resident of the State of New York. Susan Padgett brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The terrorist attack and murder of her husband, Clyde W. Padgett, caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

69.    Plaintiff Carly Erin Plymel is the daughter of Clyde W. Plymel who was killed as a result of the Marine Barracks Bombing. Carly Erin Plymel was born before October 23, 1983 and is a citizen of the United States and currently residents in the State of New York. Plaintiff brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The murder of her father caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Pomales-Torres Family

70.    Plaintiff Estate of Rafael Pomales-Torres is represented in the action by and through Aurora Pomales, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Rafael Pomales-Torres. Rafael Pomales-Torres was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Rafael Pomales-Torres was a citizen of the United States and a resident of the State of North Carolina. Rafael Pomales-Torres's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of Rafael Pomales-Torres was caused by a willful and deliberate act of extra judicial killing by the Defendant.

71.    Plaintiffs Estate of German Pomales and Mercedes T. Martinez are the parents of Rafael Pomales-Torres who was killed as a result of the Marine Barracks Bombing. German Pomales was alive on October 23, 1983. Both parents were/are citizens of the United States and residents of the Commonwealth of Pennsylvania and Puerto Rico. Aurora Pomales, on behalf of the Estate of German Pomales, and Mercedes T. Martinez, on her own behalf, bring claims for

loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Pennsylvania or Puerto Rico. The terrorist attack and murder of their son caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiffs can sue and be sued in this Court.

72.    Plaintiffs Aurora Pomales and Estate of Juan A. Pomales-Torres, Sr. are the siblings of Rafael Pomales-Torres who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and residents of Pennsylvania and Puerto Rico, respectively. Aurora Pomales, on her own behalf and on behalf of the Estate of Juan A. Pomales-Torres, brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia, Pennsylvania, or Puerto Rico, for the murder of their brother, Rafael Pomales-Torres. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

**The Pulliam Family**

73.    Plaintiff Estate of Eric A. Pulliam is represented in the action by and through Irene Henry, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Eric A. Pulliam. Eric A. Pulliam was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Eric A. Pulliam was a citizen of the United States and a resident of the State of North Carolina and Illinois. Eric A. Pulliam's death was directly related to the injuries he sustained as a result of the bombing of the BLT in

Beirut, Lebanon. The death of Eric A. Pulliam was caused by a willful and deliberate act of extra judicial killing by the Defendant.

74.    Plaintiffs Irene Henry and Estate of Johnny Pulliam were the parents of Eric A. Pulliam who was killed as a result of the Marine Barracks Bombing. Johnny Pulliam was alive on October 23, 1983.  Both are/were citizens of the United States and residents of the State of Illinois. Johnny Pulliam, Jr., on behalf of the Estate of Johnny Pulliam, and Irene Henry, on her own behalf, bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Illinois. The terrorist attack and murder of their son caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

75.    Plaintiffs Brian Pulliam and Johnny Pulliam, Jr. are the siblings of Eric A. Pulliam who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and residents of Illinois. Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia, or Illinois, for the murder of their brother, Eric A. Pulliam. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Randolph Family

76.    Plaintiff Estate of David Michael Randolph is represented in the action by and through Virginia Randolph, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of David Michael Randolph. David Michael Randolph was a member of the United States Marine Corps and acting in the

scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, David Michael Randolph was a citizen of the United States and a resident of the State of North Carolina and Arkansas. David Michael Randolph's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of David Michael Randolph was caused by a willful and deliberate act of extra judicial killing by the Defendant.

77.    Plaintiffs Virginia Randolph and the Estate of David F. Randolph were the parents of David Michael Randolph who was killed as a result of the Marine Barracks Bombing. David F. Randolph was alive on October 23, 1983. Both parents are/were citizens of the United States and residents of the State of Arkansas. Virginia Randolph, on her own behalf and on behalf of the Estate of David F. Randolph, brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Arkansas. The terrorist attack and murder of their son caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

78.    Plaintiffs Crystal Clark, Carl Skidmore, Debra Jones, and Kenneth Skidmore are the siblings of David Michael Randolph who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and currently residents of Oklahoma, Arkansas, and Nevada. In October of 1983 they were all residents of Arkansas. Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia, or Arkansas, for the murder of their brother, David Michael Randolph. The bombing of the BLT Barracks in Beirut,

Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Soares Family

79.    Plaintiff the Estate of Edward Soares is represented in the action by and through Arthur Albernaz, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Edward Soares. Edward Soares was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Edward Soares was a citizen of the United States and a resident of the State of North Carolina. Edward Soares' death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of Edward Soares was caused by a willful and deliberate act of extra judicial killing by the Defendant.

80.    Plaintiffs Lorraine Albernaz is the mother of Edward Soares who was killed as a result of the Marine Barracks Bombing. Lorraine Soares is a citizen of the United States and residents of the State of Maine. Lorraine Soares brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Maine. The terrorist attack and murder of her son caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

81.    Plaintiffs Arthur Albernaz and Gregory Soares are the siblings of Edward Soares who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and currently residents of Maine and Rhode Island. Plaintiffs bring claims for loss of

solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia, or Maine, or Rhode Island, for the murder of their brother, Edward Soares. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Wentworth Family

82.     Plaintiff Estate of Steven Wentworth is represented in the action by and through Elaine F. Achenbach, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of Steven Wentworth. Steven Wentworth was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, Steven Wentworth was a citizen of the United States and a resident of the State of North Carolina. Steven Wentworth's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of Steven Wentworth was caused by a willful and deliberate act of extra judicial killing by the Defendant.

83.     Plaintiffs Elaine F. Achenbach is the mother of Steven Wentworth who was killed as a result of the Marine Barracks Bombing. Elaine Achenbach is a citizen of the United States and residents of the Commonwealth of Pennsylvania. Elaine Achenbach brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Pennsylvania. The terrorist attack and murder of her son caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

84.    Plaintiffs Gerald White and William White are the siblings of Steven Wentworth who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and residents of Pennsylvania. Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia, or Pennsylvania, for the murder of their brother, Steven Wentworth. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Zimmerman Family

85.    Plaintiff Estate of William Zimmerman is represented in the action by and through Hilda Zimmerman, who is or will be duly appointed by the Onslow Probate Division, State of North Carolina, as the Personal Representative of the Estate of William Zimmerman. William Zimmerman was a member of the United States Marine Corps and acting in the scope of his employment as military personnel when he was serious injured, buried, and eventually killed as a result of the Marine Barracks Bombing on October 23, 1983. At the time of his death, William Zimmerman was a citizen of the United States and a resident of the State of North Carolina. William Zimmerman's death was directly related to the injuries he sustained as a result of the bombing of the BLT in Beirut, Lebanon. The death of William Zimmerman was caused by a willful and deliberate act of extra judicial killing by the Defendant.

86.    Plaintiff Hilda Zimmerman is the mother of William Zimmerman who was killed as a result of the Marine Barracks Bombing. Hilda Zimmerman is a citizen of the United States and residents of the State of Michigan. Hilda Zimmerman brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative,

under the laws of the District of Columbia or Michigan. The terrorist attack and murder of her son caused severe mental anguish, pain, suffering and extreme emotional distress. The Plaintiff can sue and be sued in this Court.

87.     Plaintiffs Joan K. Redlinger, Karen S. Zimmerman Bundy, Nancy Jobe, and Tom Zimmerman are the siblings of William Zimmerman who was killed as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and currently residents of Michigan and Texas. Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia, or Michigan, or Texas, for the murder of their brother, William Zimmerman. The bombing of the BLT Barracks in Beirut, Lebanon caused the Plaintiffs severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Albert Family

88.     Plaintiff Dana Albert was at the time of the Marine Barracks Bombing a citizen of the United States of America and presently resides in the State of Florida. At the time he was injured, Michael Kelley was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

89.     Plaintiffs Patricia Bennett and the Estate of Donald Albert are the parents of Dana Albert who was injured as a result of the Marine Barracks Bombing. Both parents are/were citizens of the United States and residents of the Commonwealth of Massachusetts. Donald Albert passed away in 1994 in New York. An estate is or will be opened in the State of New York. Both parents bring claims for loss of solatium and/or intentional infliction of emotional

distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Massachusetts or New York. The injury of their son caused both parents severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Allen Family

90.    Plaintiff George R. Allen was at the time of the Marine Barracks Bombing a citizen of the United States of America. George R. Allen is now deceased. An estate for George R. Allen has or will be opened in the state of Florida. At the time he was injured, George R. Allen was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff George R. Allen can sue and be sued in this Court.

91.    Plaintiff, Estate of Marilyn Dolores Allen was the wife of George R. Allen who was injured as a result of the Marine Barracks Bombing. Marilyn Dolores Allen was alive on October 23, 1983 and was a citizen of the United States and resident of the State of Florida. An estate is or will be opened in the State of Florida. Estate of Marilyn Dolores Allen brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida. The injuries to her husband caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

92.    Plaintiffs Selma Victoria Allen Franz and Joseph B. Allen are the children of George R. Allen who was injured as a result of the Marine Barracks Bombing. Selma and Joseph are both citizens of the United States. Selma is currently a resident of the State of South

Carolina. Joseph is currently a resident of the State of Florida. Selma and Joseph bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida or South Carolina. The injuries to their father George R. Allen caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Atherton Family

93.     Plaintiff Michael Atherton, a survivor of the Beirut Bombing, is a citizen of the United States of America. Michael Atherton currently resides in the State of Tennessee. At the time he was injured, Michael Atherton was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

94.     Plaintiffs, the Estate of Agnus Atherton and the Estate of Ronald Atherton were the parents of Michael Atherton who was injured as a result of the Marine Barracks Bombing. Both parents were citizens of the United States and at the time of their deaths, residents of the State of Tennessee. The estates are or will be opened in the State of Tennessee. Both estates bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Tennessee. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

95.     Plaintiff Ronald Atherton, Jr., deceased, was the brother of Michael Atherton who was injured as a result of the Marine Barracks Bombing. Ronald Atherton, Jr. was a citizen of the United States and was a resident of the State of Tennessee. Ronald Atherton, Jr. brings claims for

loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A, or, in the alternative, under the laws of the District of Columbia or Tennessee. The injury of his brother Michael caused him severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

## The Ashford Family

96.     Plaintiff David Ashford, a survivor of the Beirut Bombing, is a citizen of the United States of America. David Ashford currently resides in the State of Connecticut. At the time he was injured, David Ashford was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

97.     Plaintiffs, Beryl Ashford and the Estate of John Ashford were/are the parents of David Ashford who was injured as a result of the Marine Barracks Bombing. Both parents were/are citizens of the United States and residents of the State of Connecticut. The estate is or will be opened in the State of Connecticut. Both Beryl Ashford and her late husbands' estate brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Connecticut. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

98.     Plaintiff Darlene Ashford is the sister of David Ashford who was injured as a result of the Marine Barracks Bombing. Darlene Ashford is a citizen of the United States. Darlene is currently a resident of the State of Connecticut. Darlene Ashford brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in

the alternative, under the laws of the District of Columbia or Connecticut. The injuries to her brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Arnold Family

99.     Plaintiff Willie James Arnold, a survivor of the Beirut Bombing, is a citizen of the United States of America. Willie James Arnold currently resides in the State of Georgia. At the time he was injured, Willie James Arnold was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

100.     Plaintiffs Charlie Mae Arnold and the Estate of William H. Arnold were/are the parents of Willie James Arnold who was injured as a result of the Marine Barracks Bombing. Both parents were/are citizens of the United States and residents of the State of Georgia. The estate is or will be opened in the State of Georgia. Both Charlie Mae Arnold and her late husbands' estate brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Georgia. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

101.     Plaintiff William H. Arnold, Jr. and Charlie J. Arnold are the siblings of Willie James Arnold who was injured as a result of the Marine Barracks Bombing. Both siblings are citizens of the United States. Both siblings are currently residents of the State of Georgia. Both siblings bring a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or

Georgia. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

## Payson Bryan Ayres

102.    Plaintiff Payson Bryan Ayres was at the time of the Marine Barracks Bombing a citizen of the United States of America. At the time he was injured, Payson Bryan Ayres was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

## The Balcom Family

103.    Plaintiff Michael J. Balcom, a survivor of the Beirut Bombing, is a citizen of the United States of America. Michael J. Balcom currently resides in the State of New York. At the time he was injured, Michael J. Balcom was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

104.    Plaintiff Richard Lagoy, II is the brother of Michael J. Balcom who was injured as a result of the Marine Barracks Bombing. Richard Lagoy, III is a citizen of the United States and currently a resident of the State of New York. Richard Lagoy, III brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The injuries to his brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Basley Family

105.    Plaintiff Estate of Donald Basley, a survivor of the Beirut Bombing, but has since deceased in 1986 in the state of North Carolina, was a citizen of the United States of America. At the time he was injured, Donald Basley was a member of the United States Navy and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

106.    Plaintiffs, Syreatha M. Basley and the Estate of Oscar Basley, Sr. are the parents of Donald Basley who was injured as a result of the Marine Barracks Bombing. Both parents were/are citizens of the United States and residents of the State of Georgia. The estate is or will be opened in the State of Georgia. Both Syreatha M. Basley and her late husbands' estate brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Georgia. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

107.    Plaintiffs Dennis Basley, Estate of Johnny Wayne Basley, Sr., Ethel V. Hill, Robert Basley, Estate of Oscar Basley, Jr., and Willie J. Basley, are the siblings of Donald Basley who was injured as a result of the Marine Barracks Bombing. All the siblings is/are citizens of the United States and currently a resident of the State of Georgia. All of these siblings bring a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Georgia. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

**The Block Family**

108.    Plaintiff Martin Block, a survivor of the Beirut Bombing, is a citizen of the United States of America and presently resides in Ohio.  At the time he was injured, Martin Block was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

109.    Plaintiffs, Mary Block and Harold Block are the parents of Martin Block who was injured as a result of the Marine Barracks Bombing. Both parents were/are citizens of the United States and residents of the State of Ohio. Both parents bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Ohio. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

110.    Plaintiff Sarah Block is the half-sister of Martin Block who was injured as a result of the Marine Barracks Bombing. Plaintiff is a citizen of the United States and currently resides in the State of Ohio. Plaintiff brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Ohio. The injuries to her brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

**The Bruce Family**

111.    Plaintiff Sean Bruce, a survivor of the Beirut Bombing, is a citizen of the United States of America.  At the time he was injured, Sean Bruce was a member of the United States

Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

112.    Plaintiff Alison Bruce-Maldonado was the wife of Sean Bruce on 10/23/1983 that was injured as a result of the Marine Barracks Bombing. Alison Bruce-Maldonado is a citizen of the United States and a resident of the State of Hawaii. Alison brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Hawaii. The injury of her husband Sean caused Alison severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Alison Bruce-Maldonado can sue and be sued in this Court.

113.    Plaintiff Heather Bruce is the daughter of Sean Bruce who was injured as a result of the Marine Barracks Bombing. Heather is a citizen of the United States and a resident of the State of Hawaii. Heather brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Hawaii. The injury of her father Sean caused Heather severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Heather Bruce can sue and be sued in this Court.

## George Bull

114.    Plaintiff George Bull was at the time of the Marine Barracks Bombing a citizen of the United States of America. At the time he was injured, George Bull was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

## The Ciugudean Family

115.    Plaintiff Mike Ciugudean, a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of Missouri.  At the time he was injured, Mike Ciugudean was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

116.    Plaintiffs, Ioana and Nicolae Ciugudean are the parents of Mike Ciugudean who was injured as a result of the Marine Barracks Bombing. Both parents are citizens of the United States and residents of the State of Missouri. Both Mr. and Mrs. Ciugudean bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Missouri. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

117.    Plaintiff Adrian Ciugudean is the sibling of Mike Ciugudean who was injured as a result of the Marine Barracks Bombing.  Adrian is a citizen of the United States and currently a resident of the State of Missouri. Adrian brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Missouri. The injuries to her brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

## The Clark Family

118.    Plaintiff Charles James Clark, Jr., a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of New York.  At the time he was injured,

Charles James Clark, Jr., was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

119.    Plaintiffs, Charles Clark and the Estate of Eunice Clark are/were the parents of Charles James Clark, Jr., who was injured as a result of the Marine Barracks Bombing. Both parents are/were citizens of the United States and residents of the State of New York. Both Mr. and Mrs. Clark (one by an estate) bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

120.    Plaintiffs Beverly Butler and Bruce Clark are the siblings of Charles James Clark, Jr., who was injured as a result of the Marine Barracks Bombing.  Beverly and Bruce are citizens of the United States and currently a resident of the State of New York. Beverly and Bruce bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Cofield Family

121.    Plaintiff John T. Cofield, Jr., a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of Virginia.  At the time he was injured, John T. Cofield, Jr., was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the

Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

122.    Plaintiff Barbara Cofield is the wife of John T. Cofield, Jr., on 10/23/1983 who was injured as a result of the Marine Barracks Bombing. Barbara Cofield is a citizen of the United States and a resident of the Commonwealth of Virginia. Barbara brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Virginia. The injury of her husband John caused Barbara severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Barbara Cofield can sue and be sued in this Court.

**The Conrad Family**

123.    Plaintiff Daniel Conrad, a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of New Jersey.  At the time he was injured, Daniel Conrad, was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

124.    Plaintiffs, Marie J. Conrad and the Estate of Cary Conrad are the parents of Daniel Conrad, who was injured as a result of the Marine Barracks Bombing. Both parents are/were citizens of the United States and residents of the State of New Jersey. Both Mr. and Mrs. Conrad (one by an estate) bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New Jersey. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

125.    Plaintiffs Michael A. Conrad and Mark R. Conrad are the brothers of Daniel Conrad, who was injured as a result of the Marine Barracks Bombing.  Michael and Mark are citizens of the United States and currently a resident of the State of New Jersey. Michael and Mark bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New Jersey. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Cox Family

126.    Plaintiff Vincent Cox, a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of Florida.  At the time he was injured, Vincent Cox, was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

127.    Plaintiffs Cecelia Shaw and Lisa Calloway are the sisters of Vincent Cox, who was injured as a result of the Marine Barracks Bombing.  Cecelia and Lisa are citizens of the United States and currently a resident of the State of California. Cecelia and Lisa bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or California. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Curl Family

128.    Plaintiff Rory Curl, a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of Ohio.  At the time he was injured, Rory Curl, was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

129.    Plaintiffs, Ruth A. Curl and Estate of John L. Curl are the parents of Rory Curl, who was injured as a result of the Marine Barracks Bombing. Both parents are/were citizens of the United States and residents of the State of Ohio. Both Mr. and Mrs. Curl (one by an estate) bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Ohio. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

130.    Plaintiffs Renee Curl and Shelley Curl are the sisters of Rory Curl, who was injured as a result of the Marine Barracks Bombing.  Renee and Shelley are citizens of the United States and currently reside in the State of Ohio. Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Ohio. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

131.    Plaintiff Christine Curl was the wife of Rory Curl on 10/23/1983 that was injured as a result of the Marine Barracks Bombing. Christine Curl is a citizen of the United States and a

resident of the State of Ohio. Christine brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Ohio. The injury of her former husband Rory caused Christine severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### **The Darconte Family**

132.    Plaintiff Dominic Darconte, a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of North Carolina.  At the time he was injured, Dominic Darconte, was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

133.    Plaintiffs Rebecca Darconte and Robert Darconte, Sr., are the parents of Dominic Darconte, who was injured as a result of the Marine Barracks Bombing. Both parents are/were citizens of the United States and residents of the State of North Carolina. Both Mr. and Mrs. Darconte bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

134.    Plaintiffs Robert O. Darconte, Jr. and Thomas Darconte are the brothers of Dominic Darconte, who was injured as a result of the Marine Barracks Bombing.  Robert and Thomas are citizens of the United States and currently a resident of the State of California and North Carolina. Robert and Thomas bring claims for loss of solatium and/or intentional infliction

of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina and California. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Davis Family

135.    Plaintiff Steven Davis, a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of Maryland.  At the time he was injured, Steven Davis, was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

136.    Plaintiffs Estate of Delores Davis Beasly and Estate of Carlton Hart are the parents of Steven Davis, who was injured as a result of the Marine Barracks Bombing. Both parents were alive on 10/23/1983 but have since deceased and were citizens of the United States and residents of the State of Maryland. Both Estates bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Maryland. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

137.    Plaintiffs Terry Davis and Kevin Davis are the brothers of Steven Davis, and Donna Fontaine and DonAnthony Baker are his half-siblings. Steven was injured as a result of the Marine Barracks Bombing.  All Plaintiffs are citizens of the United States and currently residents of the State of Maryland. These siblings bring claims for loss of solatium and/or

intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Maryland. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### Brook Ehrenfried

138.    Plaintiff Brook Ehrenfried was at the time of the Marine Barracks Bombing a citizen of the United States of America and presently resides in the State of Florida. At the time he was injured, Brook Ehrenfried was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff.  Plaintiff can sue and be sued in this Court.

### Bobby Englert

139.    Plaintiff Bobby Englert was at the time of the Marine Barracks Bombing a citizen of the United States of America and presently resides in the Commonwealth of Virginia. At the time he was injured, Bobby Englert was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff.  Plaintiff Bobby Englert can sue and be sued in this Court.

### Kenneth Farnan

140.    Plaintiff Kenneth Farnan was at the time of the Marine Barracks Bombing a citizen of the United States of America and presently resides in the Commonwealth of Pennsylvania. At the time he was injured, Kenneth Farnan was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and

wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff Kenneth Farnan can sue and be sued in this Court.

### The Fenon Family

141.  Plaintiff Thomas K. Fenon, a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of Pennsylvania. At the time he was injured, Thomas K. Fenon, was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

142.  Plaintiff Cheryl A. Fenon is the wife of Thomas K. Fenon, on 10/23/1983 that was injured as a result of the Marine Barracks Bombing. Cheryl A. Fenon is a citizen of the United States and a resident of the Commonwealth of Pennsylvania. Cheryl brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Pennsylvania. The injury of her husband Thomas caused Cheryl severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Cheryl A. Fenon can sue and be sued in this Court.

143.  Plaintiff Shaun T. Fenon is the son of Thomas K. Fenon who was injured as a result of the Marine Barracks Bombing. Shaun is a citizen of the United States and a resident of the Commonwealth of Pennsylvania. Shaun brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Pennsylvania. The injury of his father Thomas caused Shaun severe

mental anguish, pain, suffering and extreme emotional distress. Plaintiff Shaun Fenon can sue and be sued in this Court.

144. Plaintiffs the Estate of Kathleen Fenon is the mother of Thomas K. Fenon, who was injured as a result of the Marine Barracks Bombing. Kathleen Fenon was alive on 10/23/1983 but has since deceased and was a citizen of the United States. The Estate of Kathleen Fenon brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia. The injuries to her son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Fisher Family

145. Plaintiff Kurt Fisher, a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of New York. At the time he was injured, Kurt Fisher, was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

146. Plaintiffs Eric Fisher and Brenda Moore are the siblings of Kurt Fisher, who was injured as a result of the Marine Barracks Bombing. Eric and Brenda are citizens of the United States and currently residents of the State of New York. Eric and Brenda bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Franklin Family

147.    Plaintiff Darrel Franklin, a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of New York.  At the time he was injured, Darrel Franklin, was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

148.    Plaintiff Valerie Stevens is the Sister of Darrel Franklin who was injured as a result of the Marine Barracks Bombing. Valerie Stevens is a citizen of the United States and a resident of the State of New York. Valerie Stevens brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A, or, in the alternative, under the laws of the District of Columbia or New York. The injury of his brother Darrel caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

## The Garrett Family

149.    Plaintiff Carlton Garrett, a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of Wisconsin.  At the time he was injured, Carlton Garrett was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

150.    Plaintiffs the Estate of Willie Garrett and the Estate of CD Garrett were the parents of Carlton Garrett, who was injured as a result of the Marine Barracks Bombing. Both

parents were alive on 10/23/1983 but had since deceased, were a citizens of the United States, and residents of Wisconsin. Both Estates bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia and Wisconsin. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

151.    Plaintiffs Margaret Thomas and the Estate of Willis Garrett are the siblings of Carlton Garrett, who was injured as a result of the Marine Barracks Bombing.  Margaret and Willis (estate) were/are citizens of the United States and residents of the State of Wisconsin. Margaret and Willis (estate) bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Wisconsin. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Habi Family

152.    Plaintiff Dedoceo Habi, a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of California.  At the time he was injured, Dedoceo Habi was known as Wayne E. McCoy; he was a member of the United States Marine Corps, and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

153.    Plaintiffs the Agnes R. Priester is the mother of Dedoceo Habi, who was injured as a result of the Marine Barracks Bombing. Agnes R. Priester is a citizen of the United States, and resident of Georgia. Agnes R. Priester brings a claim for loss of solatium and/or intentional

infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia and Georgia. The injuries to her son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

154.    Plaintiffs Carol Williams and the Estate of Terrill Anthony McCoy are the siblings of Dedoceo Habi, who was injured as a result of the Marine Barracks Bombing.  Carol and Terrill (estate) were/are citizens of the United States and residents of the State of Georgia and California. Carol and Terrill (estate) bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Georgia or California. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### Jeffrey Hall

155.    Plaintiff Jeffrey Hall was at the time of the Marine Barracks Bombing a citizen of the United States of America and presently resides in the Commonwealth of Pennsylvania. At the time he was injured, Jeffrey Hall was a member of the United States Navy and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

### The Hane Family

156.    Plaintiff Thomas Hane, a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of Ohio.  At the time he was injured, Thomas Hane was a member of the United States Marine Corps and acting in the scope of his

employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

157.    Plaintiffs Ronald Thomas Hane, Adrienne Depew, and Gary Meacham are the siblings of Thomas Hane, who was injured as a result of the Marine Barracks Bombing. Ronald Thomas Hane, Adrienne Depew, and Gary Meacham are citizens of the United States and residents of the State of South Carolina, Indiana, and Ohio. Ronald Thomas Hane, Adrienne Depew, and Gary Meacham bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or South Carolina, Indiana, and Ohio. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Hardrick Family

158.    Plaintiff Andre Hardrick, a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of Illinois.  At the time he was injured, Andre Hardrick was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

159.    Plaintiffs the Estate of Edna Hardrick and Andrew Hardrick are/were the parents of Andre Hardrick, who was injured as a result of the Marine Barracks Bombing. Edna and Andrew are/were citizens of the United States, and residents of Illinois. Both parents bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to §

1605A(c), or, in the alternative, under the laws of the District of Columbia and Illinois. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

160.    Plaintiffs Anthony Hardrick, Michael Hardrick, Reginald Hardrick, Regina Hardrick, Jay Hardrick and Kerri Allen are the siblings of Andre Hardrick, who was injured as a result of the Marine Barracks Bombing. Anthony Hardrick, Michael Hardrick, Reginald Hardrick, Regina Hardrick, Jay Hardrick and Kerri Allen are citizens of the United States and residents of the State of Illinois. Anthony Hardrick, Michael Hardrick, Reginald Hardrick, Regina Hardrick, Jay Hardrick and Kerri Allen bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Illinois. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Hendricks Family

161.    Plaintiff Tony O. Hendricks, a survivor of the Beirut Bombing, is a citizen of the United States of America and currently a resident of Virginia.  At the time he was injured, Tony O. Hendricks was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

162.    Plaintiff Jacqueline Hunt is the mother of Tony O. Hendricks, who was injured as a result of the Marine Barracks Bombing. Jacqueline Hunt is a citizen of the United States, and residents of Illinois. Jacqueline bring claims for loss of solatium and/or intentional infliction of

emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia and Illinois. The injuries to her son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

163.    Plaintiffs Tracy Stevenson and John Morrison, III are the siblings of Tony O. Hendricks, who was injured as a result of the Marine Barracks Bombing. Tracy and John are citizens of the United States and residents of the State of Illinois and Texas. Tracy and John bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Illinois and Texas. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Henry Family

164.    Plaintiff Estate of Elvin H. Henry, Jr., a survivor of the Beirut Bombing, who has since deceased, was a citizen of the United States of America and resident of South Carolina at the time of his death.  At the time he was injured, Elvin H. Henry, was a member of the United States Army and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

165.    Plaintiff Yvonne Henry is the widow and the wife of Elvin H. Henry, Jr. on 10/23/1983 that was injured as a result of the Marine Barracks Bombing. Yvonne Henry is a citizen of the United States and a resident of the State of South Carolina. Yvonne brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or South Carolina. The injury of her

husband Elvin caused Yvonne severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Yvonne Henry can sue and be sued in this Court.

166.    Plaintiffs Rrhonda Henry, Donald Henry, and Elvin H. Henry, II are the children of Elvin H. Henry, Jr. who was injured as a result of the Marine Barracks Bombing. Rrhonda, Donald and Elvin are citizens of the United States and residents of the State of South Carolina and Georgia. Rrhonda, Donald, and Elvin brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or South Carolina or Georgia. The injury to their father Elvin caused Rrhonda, Donald, and Elvin severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Rrhonda, Donald, and Elvin can sue and be sued in this Court.

167.    Plaintiffs Annie Lou Henry, Ffranchine Henry, George Henry, Louvenia Henry, Marie Wade, Odessa Reels, and Pearl Henry are the siblings of Elvin H. Henry, Jr., who was injured as a result of the Marine Barracks Bombing. Annie Lou Henry, Ffranchine Henry, George Henry, Louvenia Henry, Marie Wade, Odessa Reels, and Pearl Henry are citizens of the United States and residents of the State of North Carolina and South Carolina. Annie Lou Henry, Ffranchine Henry, George Henry, Louvenia Henry, Marie Wade, Odessa Reels, and Pearl Henry bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina and South Carolina. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## Foster Hill, Jr.

168.    Plaintiff Foster Hill, Jr. was at the time of the Marine Barracks Bombing a citizen of the United States of America and presently resides in the State of Georgia. At the time he was

injured, Foster Hill, Jr. was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff Foster Hill, Jr. can sue and be sued in this Court.

### **The Inns Family**

169.    Plaintiff Donald Inns was at the time of the Marine Barracks Bombing a citizen of the United States of America and presently resides in the State of Indiana. At the time he was injured, Donald Inns was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff Donald Inns can sue and be sued in this Court.

170.    Plaintiff Phyillis Inns is the mother of Donald Inns, who was injured as a result of the Marine Barracks Bombing. Phyillis Inns is a citizen of the United States, and residents of Indiana. Phyillis Inns bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia and Indiana. The injuries to her son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### **Bobby Jack Irvin, Jr.**

171.    Plaintiff Bobby Jack Irvin, Jr. was at the time of the Marine Barracks Bombing a citizen of the United States of America and presently resides in the State of Mississippi. At the time he was injured, Bobby Jack Irvin, Jr. was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and

intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

### The James Family

172.    Plaintiff Jesse James, III was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of New York.  At the time he was injured, Jesse James, III, was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

173.    Plaintiff Jesse James, IV is the son of Jesse James, III, who was injured as a result of the Marine Barracks Bombing. Jesse James, IV, is a citizen of the United States and a resident of the State of New York. Jesse James, IV brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The injury to his father Jesse James, III caused Jesse James, IV severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

174.    Plaintiffs Jeanine David and Richard E. David are the parents of Jesse James, III who was injured as a result of the Marine Barracks Bombing. Jeanine and Richard are citizens of the United States, and residents of the State of New York. Jeanine and Richard bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia and New York. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

175.     Plaintiffs Harry James, Michele A. James Lovins, Michael A. James, Edward H. James, George S. James, Jeanine J. Gates, Richard D. James, Herb David, Debra J. James, and Mary A. VanBuskirk are the siblings of Jesse James, III, who was injured as a result of the Marine Barracks Bombing. Harry James, Michele A. James Lovins, Michael A. James, Edward H. James, George S. James, Jeanine J. Gates, Richard D. James, Herb David, Debra J. James, and Mary A. VanBuskirk are citizens of the United States and residents of the State of New York and Florida. Harry James, Michele A. James Lovins, Michael A. James, Edward H. James, George S. James, Jeanine J. Gates, Richard D. James, Herb David, Debra J. James, and Mary A. VanBuskirk bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York or Florida. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Jenkins Family

176.     Plaintiff Estate of Larry W. Jenkins was at the time of the Marine Barracks Bombing a citizen of the United States of America and was a resident of the State of Maine at the time of his death. Larry W. Jenkins survived the terrorist attack on 10/23/1983 but has passed away since the bombing. At the time he was injured, Jesse James, III, was a member of the United States Navy and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

177.     Plaintiff Estate of Dixie Wayman was the wife of Larry W. Jenkins on 10/23/1983 that was injured as a result of the Marine Barracks Bombing. Dixie Wayman was a citizen of the United States and a resident of the State of North Carolina at her death. The Estate of Dixie

Wayman brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina. The injury of her husband Larry caused Dixie severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff Dixie Wayman can sue and be sued in this Court.

178.    Plaintiffs John R. Bakken and Valerie A. Cyr are the children of Larry W. Jenkins, who was injured as a result of the Marine Barracks Bombing. John R. Bakken and Valerie A. Cyr are citizens of the United States and resident of the State of North Carolina and Maine. John R. Bakken and Valerie A. Cyr bring a claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina or Maine. The injury to their father Larry W. Jenkins caused John R. Bakken and Valerie A. Cyr severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Ronald Lee Jones Family

179.    Plaintiff Ronald Lee Jones was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of Michigan. At the time he was injured, Ronald Lee Jones was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

180.    Plaintiff Sandra Jones was the wife of Ronald Lee Jones on 10/23/1983 that was injured as a result of the Marine Barracks Bombing. Sandra Jones is a citizen of the United States and a resident of the State of Ohio. Sandra Jones brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under

the laws of the District of Columbia or Ohio. The injury of her ex-husband Ronald caused Sandra severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

181.    Plaintiff Corey Jones is the son of Ronald Lee Jones, who was injured as a result of the Marine Barracks Bombing. Corey Jones is a citizen of the United States and resident of the State of Ohio. Corey Jones brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Ohio. The injury to his father Ronald Lee Jones caused Corey Jones severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

## The Ronald Leroy Jones Family

182.    Plaintiff Ronald Leroy Jones was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of New York. At the time he was injured, Ronald Leroy Jones, was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

183.    Plaintiff Diane McCall is the sister of Ronald Leroy Jones who was injured as a result of the Marine Barracks Bombing. Diane McCall is a citizen of the United States and a resident of the State of New York. Diane McCall brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A, or, in the alternative, under the laws of the District of Columbia or New York. The injury of her brother Ronald caused her

severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

## The Jordan Family

184.   Plaintiff Robert T. Jordan was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of Florida. At the time he was injured, Robert T. Jordan was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

185.   Plaintiff Estate of Majol A. Jordan was the wife of Robert T. Jordan on 10/23/1983 that was injured as a result of the Marine Barracks Bombing. Majol was a citizen of the United States and a resident of the State of Florida at the time of her death. The Estate of Majol A. Jordan brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida. The injury of her husband Robert caused Majol severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

186.   Plaintiff Sean P. Jordan, Marc A. Jordan, Scott L. Jordan, Ann Crouch, Craig Jordan, and John T. Jordan are the children of Robert T. Jordan, who was injured as a result of the Marine Barracks Bombing. Sean P. Jordan, Marc A. Jordan, Scott L. Jordan, Ann Crouch, Craig Jordan, and John T. Jordan are citizens of the United States and residents of the State of Florida and Georgia. Sean P. Jordan, Marc A. Jordan, Scott L. Jordan, Ann Crouch, Craig Jordan, and John T. Jordan bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of

Columbia or Florida or Georgia. The injury to their father Robert T. Jordan caused these children severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Knight Family

187.    Plaintiff Alfred Knight was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of Alabama. At the time he was injured, Alfred Knight was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

188.    Plaintiffs Estate of Muzzell Knight is the father of Alfred Knight who was injured as a result of the Marine Barracks Bombing. Muzzell Knight was alive on 10/23/1983 but has since passed, he was a citizens of the United States, and a resident of the State of Alabama. The Estate of Muzzell Knight brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia and Alabama. The injuries to his son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

189.    Plaintiffs Cecelia Knight Hester and Houston Knight are the siblings of Alfred Knight, who was injured as a result of the Marine Barracks Bombing. Cecelia Knight Hester and Houston Knight are citizens of the United States and residents of the State of Alabama and Louisiana. Cecelia Knight Hester and Houston Knight bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Alabama or Louisiana. The injuries to their brother

caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Labbe Family

190.    Plaintiff Michael Labbe was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of Maine. At the time he was injured, Michael Labbe was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

191.    Plaintiffs Estate of Marie Blanche Labbe is the mother of Michael Labbe who was injured as a result of the Marine Barracks Bombing. Marie Blanche Labbe was alive on 10/23/1983 but has since passed, she was a citizen of the United States, and a resident of the State of Maine at the time of her passing. The Estate of Marie Blanche Labbe brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia and Maine. The injuries to her son caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

192.    Plaintiffs Fernand R. Labbe, Doris Goyette, Gerard Labbe, Carmen Cohen, Larry Labbe, Linda Da Re, and Sue Labbe are the siblings of Michael Labbe, who was injured as a result of the Marine Barracks Bombing. Fernand R. Labbe, Doris, Goyette, Gerard Labbe, Carmen Cohen, Larry Labbe, Linda Da Re, and Sue Labbe are citizens of the United States and residents of the State of Maine, Massachusetts, and California. Fernand R. Labbe, Doris, Goyette, Gerard Labbe, Carmen Cohen, Larry Labbe, Linda Da Re, and Sue Labbe bring claims

for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Maine or Massachusetts or California. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### Keith Lewis

193.    Plaintiff Keith Lewis was at the time of the Marine Barracks Bombing a citizen of the United States of America and presently resides in the Commonwealth of Virginia. At the time he was injured, Keith Lewis was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

### The Lister Family

194.    Plaintiff Bryan Lister was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of Maryland. At the time he was injured, Bryan Lister was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

195.    Plaintiffs Estate of Richard Lister and the Estate of Genevieve Lister are the parents of Bryan Lister who was injured as a result of the Marine Barracks Bombing. Richard Lister and Genevieve Lister were alive on 10/23/1983 but since passed away, both parents were citizens of the United States, and residents of the State of Maryland at the time of each of their passing. Both of the parents estates bring claims for loss of solatium and/or intentional infliction

of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia and Maryland. The injuries to their son caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

196.    Plaintiffs Andrea Lister and Richard Lister are the siblings of Bryan Lister, who was injured as a result of the Marine Barracks Bombing. Andrea Lister and Richard Lister are citizens of the United States and residents of the State of Maryland and Virginia. Andrea Lister and Richard Lister bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Maryland or Virginia. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Lottmen Family

197.    Plaintiff Billy E. Lottmen was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the Commonwealth of Pennsylvania. At the time he was injured, Billy E. Lottmen was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

198.    Plaintiffs Estate of Geraldine Lottmen and the Estate of Billy Lottmen are the parents of Billy E. Lottmen who was injured as a result of the Marine Barracks Bombing. Geraldine Lottmen and Billy Lottmen were alive on 10/23/1983 but since passed away, both parents were citizens of the United States and residents of the State of New York at the time of each of their passing. Both of the parents estates bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under

the laws of the District of Columbia or New York. The injuries to their son caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

199.    Plaintiffs Kim Lottmen and Karen Lee are the siblings of Billy E. Lottmen, who was injured as a result of the Marine Barracks Bombing. Kim Lottmen and Karen Lee are citizens of the United States and residents of the State of New Jersey and New York. Kim Lottmen and Karen Lee bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New Jersey or New York. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Lund Family

200.    Plaintiff Randy Lund was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of Illinois. At the time he was injured, Randy Lund was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

201.    Plaintiffs Patricia Boyd and the Estate of Lonnie Lund are the parents of Randy Lund who was injured as a result of the Marine Barracks Bombing. Both parents were alive on 10/23/1983 but since Randy's father, Lonnie Lund has passed away, both parents are/were citizens of the United States. Lonnie Lund was a resident of Illinois at the time of his death. Patricia Boyd is currently a resident of Arkansas. Both of the parents bring claims for loss of

solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Illinois or Arkansas. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

202.    Plaintiffs Laura Ruckebeil, Linette R. Ribando, Renee Schaumburg, and Robin Bonner are the siblings of Randy Lund, who was injured as a result of the Marine Barracks Bombing. Laura Ruckebeil, Linette R. Ribando, Renee Schaumburg, and Robin Bonner are citizens of the United States and residents of the State of Illinois and Missouri. Laura Ruckebeil, Linette R. Ribando, Renee Schaumburg, and Robin Bonner bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Illinois or Missouri. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Lunt Family

203.    Plaintiff Stephen Lunt was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of Illinois. At the time he was injured, Stephen Lunt was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

204.    Plaintiff Barbara Watson is the mother of Stephen Lunt who was injured as a result of the Marine Barracks Bombing. Barbara Watson is a citizen of the United States is currently a resident of Massachusetts. She brings claims for loss of solatium and/or intentional

infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Massachusetts. The injuries to her son caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

205.    Plaintiffs Kimberly LaBuff, Sherry Nehls and the Estate of Christopher Watson are the siblings of Stephen Lunt, who was injured as a result of the Marine Barracks Bombing. Kimberly LaBuff, Sherry Nehls and the Estate of Christopher Watson are/were citizens of the United States and residents of Massachusetts. Kimberly LaBuff, Sherry Nehls, on their own behalf, and Barbara Watson on behalf of the Estate of Christopher Watson bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Massachusetts. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### Scott C. Mayes

206.    Plaintiff Scott C. Mayes was at the time of the Marine Barracks Bombing a citizen of the United States of America and presently resides in the Commonwealth of Kentucky. At the time he was injured, Scott C. Mayes was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

### The Mahaney Family

207.    Plaintiff Timothy Mahaney was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of West Virginia.

At the time he was injured, Timothy Mahaney was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

208.    Plaintiff Mary Ellen Mahaney is the mother of Timothy Mahaney who was injured as a result of the Marine Barracks Bombing. Mary Ellen Mahaney is a citizen of the United States and currently a resident of West Virginia. Mary Ellen Mahaney bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or West Virginia. The injuries to her son caused Mary Ellen Mahaney severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

209.    Plaintiffs William H. Mahaney and Scott L. Mahaney are the siblings of Timothy Mahaney, who was injured as a result of the Marine Barracks Bombing. William H. Mahaney and Scott L. Mahaney are citizens of the United States and residents of the State of West Virginia. William H. Mahaney and Scott L. Mahaney bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or West Virginia. The injuries to their brother caused severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Marmo Family

210.    Plaintiff Frank Marmo was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of Maryland. At the time he was injured, Frank Marmo was a member of the United States Marine Corps and acting in the

scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

211.     Plaintiffs Estate of Rosaria Marmo and the Estate of Rosario Marmo were the parents of Frank Marmo who was injured as a result of the Marine Barracks Bombing. Both parents were alive and were citizens of the United States and residents of Connecticut on 10/23/1983. Both parents bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Connecticut. The injuries to their son caused Rosario and Rosaria severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

212.     Plaintiff Patty Renzulli is the sister of Frank Marmo who was injured as a result of the Marine Barracks Bombing. Patty Renzulli is a citizen of the United States and a resident of the State of Connecticut. Patty Renzulli brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A, or, in the alternative, under the laws of the District of Columbia or Connecticut. The injury of her brother Frank caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

## The McCaffrey Family

213.     Plaintiff Thomas McCaffrey was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of Tennessee. At the time he was injured, Thomas McCaffrey was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and

intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

214.   Plaintiff Bonnie Moses and Hugh McCaffrey are the parents of Thomas McCaffrey who was injured as a result of the Marine Barracks Bombing. Both parents are citizens of the United States. Bonnie is a resident of Tennessee and Hugh is a resident of South Carolina. Both parents bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Tennessee or South Carolina. The injuries to their son caused Bonnie and Hugh severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

215.   Plaintiffs Flossie McCaffrey and Hughie McCaffrey are the siblings of Thomas McCaffrey, who was injured as a result of the Marine Barracks Bombing. McCaffrey and Hughie McCaffrey are citizens of the United States and residents of the State of Tennessee. McCaffrey and Hughie McCaffrey bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Tennessee. The injuries to their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

**The McCarty Family**

216.   Plaintiff Michael McCarty was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of North Carolina. At the time he was injured, Michael McCarty was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and

intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

217.    Plaintiffs, Sue McCarty and the Estate of George McCarty are/were the parents of Michael McCarty who was injured as a result of the Marine Barracks Bombing. Both parents were alive and were citizens of the United States and residents of North Carolina on 10/23/1983. Both parents bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina. The injuries to their son caused both parents severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

218.    Plaintiff, Estate of Timothy McCarty, is the brother of Michael McCarty who was injured as a result of the Marine Barracks Bombing. Timothy McCarty was a citizen of the United States and a resident of the State of North Carolina. Timothy McCarty brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A, or, in the alternative, under the laws of the District of Columbia or North Carolina. The injury of his brother Michael caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

219.    Plaintiff Cheryl D. Love was the wife of Michael McCarty on 10/23/1983 that was injured as a result of the Marine Barracks Bombing. Cheryl D. Love is a citizen of the United States and a resident of the State of North Carolina. Cheryl D. Love brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina. The injury of her ex-husband Michael caused Cheryl severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### Mark B. McNeill

220.    Plaintiff Mark B. McNeill was at the time of the Marine Barracks Bombing a citizen of the United States of America and presently resides in the State of North Carolina. At the time he was injured, Mark B. McNeill was a member of the United States Navy and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

### The McVeigh Family

221.    Plaintiff Anthony McVeigh was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of New Jersey. At the time he was injured, Anthony McVeigh was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

222.    Plaintiffs, Marlene McVeigh and the Estate of James McVeigh, Jr. are/were the parents of Anthony McVeigh who was injured as a result of the Marine Barracks Bombing. Both parents were alive and were citizens of the United States and residents of New Jersey on 10/23/1983. Both parents bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New Jersey. The injuries to their son caused both parents severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

223.    Plaintiffs James J. McVeigh, III, Marianne Schofield, Andrea McVeigh, and Michael P. McVeigh are the siblings of Anthony McVeigh, who was injured as a result of the

Marine Barracks Bombing. James J. McVeigh, III, Marianne Schofield, Andrea McVeigh, and Michael P. McVeigh are citizens of the United States and residents of the State of New Jersey. James J. McVeigh, III, Marianne Schofield, Andrea McVeigh, and Michael P. McVeigh bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New Jersey. The injuries to their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### Donald J. Michel

224.    Plaintiff Donald J. Michel was at the time of the Marine Barracks Bombing a citizen of the United States of America. At the time he was injured, Donald J. Michel was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

### Ailneal Morris

225.    Plaintiff Ailneal Morris was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of Florida. At the time he was injured, Ailneal Morris was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

## Thomas J. Muldowney

226.    Plaintiff Thomas J. Muldowney was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of New York. At the time he was injured, Thomas J. Muldowney was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

## The Myers Family

227.    Plaintiff Melvin Myers was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of North Carolina. At the time he was injured, Melvin Myers was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

228.    Plaintiff Patricia Myers was the wife of Melvin Myers on 10/23/1983 that was injured as a result of the Marine Barracks Bombing. Patricia is a citizen of the United States and a resident of the State of North Carolina. Patricia Myers brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina. The injury of her ex-husband Melvin caused Patricia severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

229.    Plaintiff Shantae Myers is the daughter of Melvin Myers, who was injured as a result of the Marine Barracks Bombing. Shantae is a citizen of the United States and resident of

the State of North Carolina. Shantae brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina. The injury to her father Melvin Myers caused Shantae severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

230.    Plaintiff, Nellie Nixon is the mother of Melvin Myers who was injured as a result of the Marine Barracks Bombing. Nellie Nixon is a citizen of the United States and resident of New York. Nellie Nixon brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The injuries to her son caused Nellie Nixon severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

231.    Plaintiffs Joseph Nixon, Willie Myers, and the Estate of Corey Myers are the siblings of Melvin Myers, who was injured as a result of the Marine Barracks Bombing. Joseph Nixon, Willie Myers, and the Estate of Corey Myers are citizens of the United States and residents of the State of New York. Joseph Nixon, Willie Myers, and the Estate of Corey Myers bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The injuries to their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

**The Nevells Family**

232.    Plaintiff Mark A. Nevells was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of Maine. At the time he was injured, Mark A. Nevells was a member of the United States Marine Corps and

acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

233.    Plaintiff Terry Nevells was the wife of Mark A. Nevells on 10/23/1983 that was injured as a result of the Marine Barracks Bombing. Terry Nevells is a citizen of the United States and a resident of the State of Maine. Terry Nevells brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Maine. The injury of her ex-husband Mark caused Terry severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

234.    Plaintiffs Ronald Nevells, Jacqueline Wilbur, and Mary E. Aucoin are the siblings of Mark A. Nevells, who was injured as a result of the Marine Barracks Bombing Ronald Nevells, Jacqueline Wilbur, and Mary E. Aucoin are citizens of the United States and residents of the State of Maine. Ronald Nevells, Jacqueline Wilbur, and Mary E. Aucoin bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Maine. The injuries to their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## Richard Odom

220. Plaintiff Richard Odom was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of North Carolina. At the time he was injured, Richard Odom was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the

Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

## John O'Marah

221.    Plaintiff John O'Marah was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of New York. At the time he was injured, John O'Marah was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

## The Ostrowski Family

222.    Plaintiff Randall Ostrowski was at the time of the Marine Barracks Bombing a citizen of the United States of America and is currently a resident of the State of Maine. At the time he was injured, Randall Ostrowski was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

223.    Plaintiff, Carole Ostrowski is the mother of Randall Ostrowski who was injured as a result of the Marine Barracks Bombing. Carole Ostrowski is a citizen of the United States and resident of Tennessee. Carole Ostrowski brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Tennessee. The injuries to her son caused Carole Ostrowski severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

## The Oxendine Family

224.    Plaintiff, (Estate of) Winston Oxendine was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of Tennessee. At the time he was injured, Winston Oxendine was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. Winston Oxendine has since passed and his Estate is or will be opened in the State of Tennessee. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

225.    Plaintiff Brenda Oxendine is the widow of Winston Oxendine and was married before 10/23/1983. Brenda Oxendine is a citizen of the United States and a resident of the State of Tennessee. Brenda Oxendine brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Tennessee. The injury of her late husband Winston caused Brenda severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

226.    Plaintiffs, John Oxendine and Winston Oxendine, Jr are the sons of Winston Oxendine, who was injured as a result of the Marine Barracks Bombing. John Oxendine and Winston Oxendine, Jr are both citizens of the United States and residents of the State of Tennessee. John Oxendine and Winston Oxendine, Jr bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Tennessee. The injury to their father Winston Oxendine caused John Oxendine and Winston Oxendine, Jr severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

**The Parris Family**

227.    Plaintiff, Michael A. Parris was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of Alabama. At the time he was injured, Michael A. Parris was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

228.    Plaintiff Charity Parris is the wife of Michael A. Parris and were married before 10/23/1983. Charity Parris is a citizen of the United States and a resident of the State of Alabama. Charity Parris brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Alabama. The injury of her husband Michael A. Parris caused Charity severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

229.    Plaintiffs, Estate of Clarence B. Parris and Estate of Delores A. Parris are the parents of Michael A. Parris who was injured as a result of the Marine Barracks Bombing. Both parents were alive on 10/23/1983 but have since deceased. Both parents were citizens of the United States and residents of Alabama. Both Estates bring a claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Alabama. The injuries to their son caused both parents severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

230.    Plaintiffs M. Paul Parris, David W. Parris, and James K. Parris are the siblings of Michael A. Parris, who was injured as a result of the Marine Barracks Bombing. M. Paul Parris, David W. Parris, and James K. Parris are citizens of the United States and residents of the State of Alabama. M. Paul Parris, David W. Parris, and James K. Parris bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Alabama. The injuries to their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

**Bryan Pennycuff**

231.    Plaintiff Bryan Pennycuff was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of Indiana. At the time he was injured, Bryan Pennycuff was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

**The Pimentel Family**

232.    Plaintiff, Harry Pimentel, Sr. was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of New York. At the time he was injured, Harry Pimentel, Sr. was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

233.    Plaintiff, (Estate of) Marla Rodriguez, is the mother of Harry Pimentel, Sr., who was injured as a result of the Marine Barracks Bombing. Marla was alive on 10/23/1983 but has since deceased. Marla was a citizen of the United States and residents of New York. Marla's Estate brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The injuries to her son caused Marla severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

234.    Plaintiffs Damariy Barbosa, Estate of Larry Pimentel, Jr., Richard Pimentel, Sr., and Michael Pimentel, Sr. are the siblings of Harry Pimentel, Sr., who was injured as a result of the Marine Barracks Bombing. Damariy Barbosa, Estate of Larry Pimentel, Jr., Richard Pimentel, Sr., and Michael Pimentel, Sr. are/were citizens of the United States and residents of the State of New York or New Jersey. Damariy Barbosa, Estate of Larry Pimentel, Jr., Richard Pimentel, Sr., and Michael Pimentel, Sr. bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York or New Jersey. The injuries to their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

**The Porting Family**

235.    Plaintiff, Martin Porting was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of Kansas. At the time he was injured, Martin Porting was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the

140

Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

236.    Plaintiffs, (Estates of) Helen Patricia Porting and Charles E. Porting are the parents of Martin Porting, who was injured as a result of the Marine Barracks Bombing. Both parents were alive on 10/23/1983 but have since deceased. Both parents were citizens of the United States and residents of Kansas. Both parents estates bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Kansas. The injuries to their son caused both parents severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

237.    Plaintiffs Paula Ann Vanbrunt, Michael Porting, and Mark Allen Porting are the siblings of Martin Porting who was injured as a result of the Marine Barracks Bombing. Paula Ann Vanbrunt, Michael Porting, and Mark Allen Porting are citizens of the United States and residents of the State of Kansas. Paula Ann Vanbrunt, Michael Porting, and Mark Allen Porting bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Kansas. The injuries to their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## Clay Riggleman

238.    Plaintiff Clay Riggleman was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of North Carolina. At the time he was injured, Clay Riggleman was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of

the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

### The Rosario Family

239.    Plaintiff, Ramon Rosario was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of Florida. At the time he was injured, Ramon Rosario was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

240.    Plaintiff Miguelina Rosario was the wife of Ramon Rosario (on 10/23/1983) and was married before 10/23/1983. Miguelina Rosario is a citizen of the United States and a resident of the State of the Florida. Miguelina Rosario brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida. The injury of her husband, Ramon Rosario, caused Miguelina severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

241.    Plaintiffs Carlos Rosario, Raymond Rosario, and Eddia Rosario are the children of Ramon Rosario who was injured as a result of the Marine Barracks Bombing Carlos Rosario, Raymond Rosario, and Eddia Rosario are citizens of the United States and resident of the State of Florida. Carlos Rosario, Raymond Rosario, and Eddia Rosario bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida. The injury to their father

Ramon Rosario caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

242.    Plaintiffs, (the Estates of) Enemencio Rosario and Marina Aquino were the parents of Ramon Rosario, who was injured as a result of the Marine Barracks Bombing. Both parents were alive on 10/23/1983 but have since deceased. Both parents were citizens of the United States and residents of Florida. Both parents estates bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida. The injuries to their son caused both parents severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

243.    Plaintiffs Lourdes Rosario is the sister of Ramon Rosario who was injured as a result of the Marine Barracks Bombing. Lourdes Rosario is a citizen of the United States and resident of the State of Florida. Lourdes Rosario brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida. The injuries to her brother caused her emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida. The injuries to her brother caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Scales Family

244.    Plaintiff, (Estate of) James R. Scales, Sr. was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of Maryland. At the time he was injured, James R. Scales, Sr. was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. James R. Scales survived the

bombing but has since deceased. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

245.    Plaintiff Vanessa Scales is the ex-wife of James R. Scales, Sr. and were married before 10/23/1983. Vanessa Scales is a citizen of the United States and a resident of the State of the District of Columbia. Vanessa Scales brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia. The injury of her husband James R. Scales, Sr. caused Vanessa severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

246.    Plaintiffs, Torrance Scales, James Scales, Jr., and Mario Scales are the sons of James R. Scales, Sr., who was injured as a result of the Marine Barracks Bombing. Torrance Scales, James Scales, Jr., and Mario Scales are the sons of James R. Scales, Sr. are citizens of the United States and residents of the State of Maryland. Torrance Scales, James Scales, Jr., and Mario Scales are the sons of James R. Scales, Sr. bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Maryland. The injury to their father James R. Scales, Sr. caused Torrance Scales, James Scales, Jr., and Mario Scales are the sons of James R. Scales, Sr. severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

247.    Plaintiff, (Estate of) John Scales is the father of James R. Scales, Sr., who was injured as a result of the Marine Barracks Bombing. John Scales was alive on 10/23/1983 but have since deceased. John Scales was a citizen of the United States and residents of California.

Estate of John Scales brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or California. The injuries to his son caused him severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

248.    Plaintiff Mustafa Abdulmalik As-Salafy is the brother of James R. Scales, Sr. who was injured as a result of the Marine Barracks Bombing. Mustafa Abdulmalik As-Salafy is a citizen of the United States and resident of the Commonwealth of Pennsylvania. Mustafa Abdulmalik As-Salafy brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Kansas. The injuries to their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Schrock Family

249.    Plaintiff, Jerry Schrock was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of Indiana. At the time he was injured, Jerry Schrock was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

250.    Plaintiffs, (Estate of) Virgelin A. Schrock and Victor Schrock were the parents of Jerry Schrock, who was injured as a result of the Marine Barracks Bombing. Both parents were alive on 10/23/1983 but have since deceased. Both parents were citizens of the United States and residents of Indiana. Both parents estates bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of

the District of Columbia or Indiana. The injuries to their son caused him severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

251.    Plaintiffs Kathie Turlin and Rhonda Crosslin are the sisters of Jerry Schrock who was injured as a result of the Marine Barracks Bombing. Kathie Turlin and Rhonda Crosslin are citizens of the United States and resident of the State of Indiana. Kathie Turlin and Rhonda Crosslin bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Indiana. The injuries to their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Schucker Family

252.    Plaintiff, Gary Schucker was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the Commonwealth of Pennsylvania. At the time he was injured, Gary Schucker was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

253.    Plaintiff, Timothy Schucker and Denise Swatsworth are the siblings of Gary Schucker who was injured as a result of the Marine Barracks Bombing. Timothy Schucker and Denise Swatsworth are citizens of the United States and a residents of the Commonwealth of Pennsylvania. Timothy Schucker and Denise Swatsworth bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A, or, in the alternative, under the laws of the District of Columbia or Pennsylvania. The injury of their brother Gary caused them

severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### John F. Sexton

254.    Plaintiff John F. Sexton was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of Ohio. At the time he was injured, John F. Sexton was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

### Kevin Shaw

255.    Plaintiff Kevin Shaw was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of Florida. At the time he was injured, Kevin Shaw was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

### The Schumaker Family

256.    Plaintiff, Ronald A. Shumaker, Jr. was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of South Carolina. At the time he was injured, Ronald A. Shumaker, Jr. was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

257.    Plaintiffs, (Estates of) Ronald A. Shumaker, Sr. and Susan Jackson Nuttall were the parents of Ronald A. Shumaker, Jr., who was injured as a result of the Marine Barracks Bombing. Both parents were alive on 10/23/1983 but have since deceased. Both parents were citizens of the United States and residents of Arizona. Both parents estates bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Arizona. The injuries to their son caused him severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

258.    Plaintiffs Laura George is the sister of Ronald A. Shumaker, Jr. who was injured as a result of the Marine Barracks Bombing. Laura George is a citizen of the United States and resident of the State of Arizona. Laura George brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Arizona. The injuries to her brother caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Small Family

259.    Plaintiff, William O. Small was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of North Carolina. At the time he was injured, William O. Small was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

260.    Plaintiff Sherrie Atkinson is the daughter of William O. Small who was injured as a result of the Marine Barracks Bombing. Sherrie Atkinson is a citizen of the United States and resident of the State of North Carolina. Sherrie Atkinson brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina. The injury to her father William O. Small caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

261.    Plaintiffs, Susie Mae Small and (the Estate of) William E. Small were the parents of William O. Small, who was injured as a result of the Marine Barracks Bombing. Both parents were alive on 10/23/1983 but William E. Small has since deceased. Both parents are/were citizens of the United States and residents of North Carolina. Both parents estates bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

262.    Plaintiffs, Dorothy Daniels, Ella Mae Small, (the Estate of) James H. Levy, Raymond Small, and Mahalia Small are the siblings of William O. Small who was injured as a result of the Marine Barracks Bombing. Dorothy Daniels, Ella Mae Small, (the Estate of) James H. Levy, Raymond Small, and Mahalia Small are/were citizens of the United States and a residents of the State of North Carolina. Dorothy Daniels, Ella Mae Small, (the Estate of) James H. Levy, Raymond Small, and Mahalia Small bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A, or, in the alternative, under the laws of the District of Columbia or North Carolina. The injury of their brother William caused them severe

mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Staten Family

263.    Plaintiff, Donald Staten was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of California. At the time he was injured, Donald Staten was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

264.    Plaintiffs, (the Estate of) Fountain Staten and Hattie D. Staten were the parents of Donald Staten, who was injured as a result of the Marine Barracks Bombing. Both parents were alive on 10/23/1983 but have since become deceased. Both parents were citizens of the United States and residents of California. Both parents estates bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or California. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## James Steele

265.    Plaintiff James Steele was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of Virginia. At the time he was injured, James Steele was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the

Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

## The Stover Family

266.    Plaintiff, James Stover was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of Michigan. At the time he was injured, James Stover was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

267.    Plaintiffs, (Estates of) Elma Stover and John Stover, Sr. were the parents of James Stover, who was injured as a result of the Marine Barracks Bombing. Both parents were alive on 10/23/1983 but have since become deceased. Both parents were citizens of the United States and residents of Michigan. Both parents estates bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Michigan. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

268.    Plaintiffs, John Stover, Jr., Jeff Stover, and Cynthia Stover are the siblings of James Stover who was injured as a result of the Marine Barracks Bombing. John Stover, Jr., Jeff Stover, and Cynthia Stover are citizens of the United States and residents of the State of Michigan. John Stover, Jr., Jeff Stover, and Cynthia Stover bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A, or, in the alternative, under the laws of the District of Columbia or Michigan. The injury of their brother James caused

them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Striker Family

269.    Plaintiff, (the Estate of) Mark Striker was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of West Virginia. At the time he was injured, Mark Striker was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. Mark Striker was alive on 10/23/1983 but after coming home from Beirut he committed suicide. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

270.    Plaintiffs, Thomas Eric Striker, David Striker, John Striker, Edil Striker, Jr., and Cindy Stanley are the siblings of Mark Striker who was injured as a result of the Marine Barracks Bombing. Thomas Eric Striker, David Striker, John Striker, Edil Striker, Jr., and Cindy Stanley are citizens of the United States and residents of the State of West Virginia. Thomas Eric Striker, David Striker, John Striker, Edil Striker, Jr., and Cindy Stanley bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A, or, in the alternative, under the laws of the District of Columbia or West Virginia. The injury of their brother Mark caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

271.    Plaintiff, (the Estate of) Edil Striker, Sr., was the father of Mark Striker, who was injured as a result of the Marine Barracks Bombing. Edil was alive on 10/23/1983 but has since deceased. Edil was a citizen of the United States and residents of West Virginia. Edil's estate brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to §

1605A(c), or, in the alternative, under the laws of the District of Columbia or West Virginia. The injuries to his son caused him severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### Robert Terry

272.    Plaintiff Robert Terry was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of Tennessee. At the time he was injured, Robert Terry was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

### The Thompkins Family

273.    Plaintiff, Albert Eugene Thompkins was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of Florida. At the time he was injured, Albert Eugene Thompkins was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

274.    Plaintiff Estate of Doris J. Thompkins was the wife of Albert Eugene Thompkins and they were married before 10/23/1983. Doris J. Thompkins was a citizen of the United States and a resident of the State of the Florida. Doris J. Thompkins brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida. The injury of her husband, Albert Eugene

Thompkins, caused Doris severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

275.    Plaintiffs Tiffany N. Thompkins and Alicia S. Thompkins are the daughters of Albert Eugene Thompkins who was injured as a result of the Marine Barracks Bombing. Tiffany N. Thompkins and Alicia S. Thompkins are citizens of the United States and resident of the State of Florida. Tiffany N. Thompkins and Alicia S. Thompkins bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida. The injury to their father Albert Eugene Thompkins causing them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

276.    Plaintiff Rosa L. Thompkins is the mother of Albert Eugene Thompkins, who was injured as a result of the Marine Barracks Bombing. Rosa L. Thompkins is a citizen of the United States and residents of Florida. Plaintiff brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida. The injuries to her son caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

277.    Plaintiffs Deborah A. Smith is the sister of Albert Eugene Thompkins who was injured as a result of the Marine Barracks Bombing. Deborah A. Smith is a citizen of the United States and resident of the State of Florida. Deborah A. Smith brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida. The injuries to her brother caused her

severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## Joseph Thorpe

278.    Plaintiff Joseph Thorpe was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of New Jersey. At the time he was injured, Joseph Thorpe was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

## Price Troche

279.    Plaintiff Price Troche was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of California. At the time he was injured, Price Troche was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

## The Twitchell Family

280.    Plaintiff, Thomas Twitchell was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of California. At the time he was injured, Thomas Twitchell was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

281.    Plaintiffs Jonathan Twitchell, Leann Twitchell, and Keira Twitchell are the children of Thomas Twitchell who was injured as a result of the Marine Barracks Bombing. Jonathan Twitchell, Leann Twitchell, and Keira Twitchell are citizens of the United States and resident of the State of California. Jonathan Twitchell, Leann Twitchell, and Keira Twitchell bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or California. The injury to their father, Thomas Twitchell, caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

282.    Plaintiffs, (the Estates of) Tom Twitchell and Linda Twitchell were the parents of Thomas Twitchell, who was injured as a result of the Marine Barracks Bombing. Both parents were alive on 10/23/1983 but have since deceased. Both parents were citizens of the United States and residents of California. Both parents estates bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or California. The injuries to their son caused both parents severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

283.    Plaintiff Laura Anderson is the sister of Thomas Twitchell who was injured as a result of the Marine Barracks Bombing. Laura Anderson is a citizen of the United States and resident of the State of California. Laura Anderson brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or California. The injuries to her brother caused her emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of

Columbia or California. The injuries to her brother caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### Jaime D. Velasco

284.    Plaintiff Jaime D. Velasco was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of Wisconsin. At the time he was injured, Jaime D. Velasco was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

### The Von Bergen Family

285.    Plaintiff, Ricky Von Bergen was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of Florida. At the time he was injured, Ricky Von Bergen was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

286.    Plaintiffs, (the Estates of) Berthalou Cole and William Von Bergen were the parents of Ricky Von Bergen, who was injured as a result of the Marine Barracks Bombing. Both parents were alive on 10/23/1983 but have since deceased. Both parents were citizens of the United States and residents of New York. Both parents estates bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The injuries to their son caused both

parents severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

287.    Plaintiffs Dennis Von Bergen, Scot M. Von Bergen, and Kelly R. Von Bergen are the siblings of Ricky Von Bergen who was injured as a result of the Marine Barracks Bombing. Dennis Von Bergen, Scot M. Von Bergen, and Kelly R. Von Bergen are citizens of the United States and residents of the State of New York and North Carolina. Dennis Von Bergen, Scot M. Von Bergen, and Kelly R. Von Bergen bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York or North Carolina. The injuries to their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Wah Family

288.    Plaintiff, Gregory T. Wah was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of North Carolina. At the time he was injured, Gregory T. Wah was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

289.    Plaintiffs Micheline Wah and Estate of Edouard Wah are the parents of Gregory T. Wah who was injured as a result of the Marine Barracks Bombing. Both parents were alive on 10/23/1983 but Edouard Wah since become deceased. Both parents were citizens of the United States and residents of Texas and New York, respectively. Gregory T. Wah, on behalf of the Estate of Edouard Wah, and Micheline Wah, on her own behalf, bring claims for loss of solatium

and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The injuries to their son caused both parents severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

290.    Plaintiffs Tamara Seilly, Marilyn Bailiff and Allan Wah are the siblings of Gregory T. Wah who was injured as a result of the Marine Barracks Bombing. Plaintiffs are citizens of the United States and residents of Texas and Pennsylvania. Plaintiffs bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Texas or Pennsylvania. The injuries to their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Whetham Family

291.    Plaintiff, (the Estate of) Norman Whetham was at the time of the Marine Barracks Bombing a citizen of the United States of America and a resident of the State of North Carolina. At the time he was injured, Norman Whetham was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. Norman Whetham survived the bombing on 10/23/1983 but has since deceased. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

292.    Plaintiffs Jeffrey Whetham is the son of Norman Whetham who was injured as a result of the Marine Barracks Bombing. Jeffrey Whetham is a citizen of the United States and resident of the State of North Carolina. Jeffrey Whetham brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative,

under the laws of the District of Columbia or North Carolina. The injury to his father caused him severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Wilcox Family

293.    Plaintiff, Burton Wilcox was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of the State of Maine. At the time he was injured, Burton Wilcox was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

294.    Plaintiff, David Wilcox was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of the State of Maine. At the time he was injured, David Wilcox was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

295.    Plaintiff Etta Kathleen Bragan is the mother of Burton and David Wilcox, who were both injured as a result of the Marine Barracks Bombing. Etta Kathleen Bragan is a citizen of the United States and residents of Maine. Plaintiff brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Maine. The injuries to her sons caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

296.    Plaintiffs Burton Wilcox, David Wilcox, Allan Wilcox, and Ruby Lewis are the siblings of Burton and David Wilcox who were both injured as a result of the Marine Barracks Bombing. Burton Wilcox, David Wilcox, Allan Wilcox, and Ruby Lewis are citizens of the United States and residents of the State of Maine and Florida. Burton Wilcox, David Wilcox, Allan Wilcox, and Ruby Lewis bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Maine or Florida. The injuries to their brother(s) caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Young Family

297.    Plaintiff, Jimmie Young was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of the State of Georgia. At the time he was injured, Jimmie Young was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

298.    Plaintiffs Victoria Cobb and Mary Ellen Young are the siblings of Jimmie Young who were both injured as a result of the Marine Barracks Bombing. Victoria Cobb and Mary Ellen Young are citizens of the United States and residents of the State of Georgia and Tennessee. Victoria Cobb and Mary Ellen Young bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Georgia or Tennessee. The injuries to their brother(s)

caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

## Richard Zierhut

299.    Plaintiff Richard Zierhut was at the time of the Marine Barracks Bombing a citizen of the United States of America and currently a resident of California. At the time he was injured, Richard Zierhut was a member of the United States Marine Corps and acting in the scope of his employment as military personnel. The willful and wrongful and intentional acts of the Defendant caused extreme mental anguish, physical injury and pain and suffering to the Plaintiff. Plaintiff can sue and be sued in this Court.

## The Brown Family

300.    Plaintiffs Jo Eva Parker and Janice Ragen are the siblings of James Brown who survived the Marine Barracks Bombing. James Brown is a plaintiff in the action *Bova et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:15-cv-1074.* Both siblings are citizens of the United States and currently residents of the State of Washington and New Mexico. Both siblings bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Washington or New Mexico. The injuries to their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Burton Family

301.    Plaintiffs Sally Johnson and Garland Burton are the siblings of Albert Burton who is a survivor of the Marine Barracks Bombing. Albert Burton is a plaintiff in the action *Bova, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:15-cv-1074.* Both siblings are citizens of the United States and currently residents of the State of Michigan. Both siblings bring claims for

loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Michigan. The murder of their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Buckmaster Family

302.    Plaintiff Gary Buckmaster is the brother of John Buckmaster who was killed as a result of the Marine Barracks Bombing. The Estate of John Buckmaster is a plaintiff in the action *Worley, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:12-cv-2069*. Gary Buckmaster is a citizen of the United States and currently residents of the State of Texas. Gary Buckmaster brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Texas. The murder of his brother caused him severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Ceasar Family

303.    Plaintiff (the Estate of) Johnnie Caesar is the father of Johnnie Caesar who was killed as a result of the Marine Barracks Bombing. Johnnie Caesar (the father) was alive on 10/23/1983 but has since deceased. The Estate of Johnnie Caesar is a plaintiff in the action *Peterson, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:01-cv-2094*. Johnnie Caesar was a citizen of the United States and resided in the State of Texas. Johnnie Caesar brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Texas. The murder of his son caused him severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

## The Cortner Family

304.    Plaintiffs (Estates of) Joseph and Margaret Cortner were the parents of Joseph Cortner who survived the Marine Barracks Bombing. Joseph Cortner is a plaintiff in the action *Bova, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1: 15-cv-1074.* Both parents were alive on 10/23/1983 but have since deceased. Both parents were citizens of the United States and resided of the State of Florida at the time of their death. Both parents estates bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida. The injuries to their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Cuddeback Family

305.    Plaintiff Thomas and Robert Cuddeback are the brothers of Daniel Cuddeback who is survivor of the Marine Barracks Bombing. Daniel Cuddeback is a plaintiff in the action *Brown, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:08-cv-0531.* Thomas and Robert Cuddeback are citizens of the United States and currently residents of the State of New York and Florida. Thomas and Robert Cuddeback bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York or Florida. The injuries to their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Dwyer Family

306.    Plaintiffs Thomas Dwyer and David Dwyer are the brothers of Paul Dwyer who survived the Marine Barracks Bombing. (The Estate of) Frederick Dwyer was the father of Paul

Dwyer. Paul Dwyer is a plaintiff in the action *Bova, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1: 15-cv-1074*. Both brothers and the father are/were citizens of the United States and currently residents (or resided before death) of the State of New York. Both brothers and the father (Estate) bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The injuries to their brother/son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Ghumm Family

307.    Plaintiff Ernst Ghumm, Michael Ghumm, Yolanda K. Williams and Rose Pincenti are the siblings of Harold Ghumm who was killed as a result of the Marine Barracks Bombing. The Estate of Harold Ghumm is a plaintiff in the action *Peterson, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:01-cv-2094*. Ernst Ghumm, Michael Ghumm, Yolanda K. Williams and Rose Pincenti are citizens of the United States and currently residents of the State of Oklahoma and Idaho. Ernst Ghumm, Michael Ghumm, Yolanda K. Williams and Rose Pincenti bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Oklahoma or Idaho. The murder of their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

## The Hamilton Family

308.    Plaintiff (Estates of) Hazel Hamilton was the mother of Leonard Hamilton who survived the Marine Barracks Bombing. Leonard Hamilton is a plaintiff in the action *Bova, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:15-cv-1074*. Hazel Hamilton was alive on 10/23/1983 but has since become deceased. Plaintiff was a citizen of the United States and

resided in the State of New York at the time of her death. Plaintiff's estate brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The injuries to her son caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Haskell Family

309.    Plaintiff Christine Haskell is the widow of Michael Haskell who was killed as a result of the Marine Barracks Bombing. Plaintiffs Melissa Miller and Jason M. Haskell are the children of Michael Haskell. Plaintiffs (the Estates of) Richard Telfer Haskell, Jr. and Marion R. Haskell were the parents of Michael Haskell. The Estate of Michael Haskell is a plaintiff in the action *Peterson, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:01-cv-2094.* Christine Haskell, Melissa Miller, Jason M. Haskell, Richard Telfer Haskell, and Marion R. Haskell are/were citizens of the United States and residents of the Commonwealth of Virginia or Maryland. Christine Haskell, Melissa Miller, Jason M. Haskell, Richard Telfer Haskell, and Marion R. Haskell bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Maryland or Virginia. The murder of their husband/father/son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Hastings Family

310.    Plaintiff Raymond Abshur, Donna Hastings, and (Estate of) John "Jack" Hastings are/were the siblings of Michael Hastings who was killed as a result of the Marine Barracks Bombing. (Estate of) Bruce Hastings was the father of Michael Hastings. The Estate of Michael

Hastings is a plaintiff in the action *Bland, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:05-cv-2124.* All of the Hastings family members are/were citizens of the United States and (currently or at the time of death) residents of the State of Delaware or Texas. The Hastings family members bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Delaware or Texas. The murder of their brother/son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Hernandez Family

311.    Plaintiffs (the Estates of) Martina Garcia Hernandez and Matilde Hernandez, Sr. were the parents of Matilde Hernandez, Jr. who was killed as a result of the Marine Barracks Bombing. The Estate of Matilde Herneadez, Jr. is a plaintiff in the action *Taylor, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:10-cv-0844.* Both parents were alive on 10/23/1983 but have since deceased. Both parents were citizens of the United States and were residents of the State of North Carolina at the time of death. Both parents bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or North Carolina. The murder of their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Hines Family

312.    Plaintiff Zoe Hines Bunin is the sister of James K. Hines who survived the Marine Barracks Bombing. James K. Hines is a plaintiff in the action *Bova, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:15-cv-1074.* Zoe Hines Bunin is a citizen of the United States and currently residents of the State of Washington. Zoe Hines Bunin brings a claim for loss of

solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Washington. The injuries to her brother caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Hollingshead Family

313.    Plaintiff Peggy Diane Bennett is the sister of Bruce Hollingshead who was killed as a result of the Marine Barracks Bombing. The Estates of Ceola Hollingshead and Ronald Hollingshead were the parents of Bruce Hollingshead, who were alive on 10/23/1983 but have since deceased. The Estate of Bruce Hollingshead is a plaintiff in the action *Bland, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:05-cv-2124*. Both parents and Peggy Diane Bennett are citizens of the United States. Peggy Diane Bennett is currently a resident of the State of Florida. Both parents were residents of Ohio at the time of their death. These Hollingshead family members bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida or Ohio. The murder of their son/brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The McDonough Family

314.    Plaintiff Renee Hall is the sister of James McDonough who was killed as a result of the Marine Barracks Bombing. The Estate of James McDonough is a plaintiff in the action *Bonk, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:08-cv-1273*. Renee Hall is a citizen of the United States and currently residents of the Commonwealth of Pennsylvania. Renee Hall brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or

Pennsylvania. The murder of her brother caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Manley Family

315.    Plaintiffs Cheryl Franklin, Retha Jackson, and Barbie Manley are the sisters of Renard Manley who survived the Marine Barracks Bombing. Renard Manley is a plaintiff in the action *Brown, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:08-cv-0531.* All three sisters are citizens of the United States and currently residents of the State of Florida. The three sisters brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida. The injury of their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Rivers Family

316.    Plaintiffs Sharon Taylor, Anthony Rivers, Michelle Singleton, Marian Rivers, and Ricky Adams are the siblings of Paul Rivers who survived the Marine Barracks Bombing. The Estate of Paul Rivers, Sr. was the father of Paul Rivers, who was alive on 10/23/1983 but has since deceased. Paul Rivers is a plaintiff in the action *Peterson, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:01-cv-2094.* All of the Rivers family members are citizens of the United States and currently residents of the State of New York, Maryland, or South Carolina. The Rivers family members bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York or Maryland or South Carolina. The murder of their brother/son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

**The Rodriguez Family**

317.    Plaintiff Miguel Rodriguez is the brother of (Estate of) Juan Rodriguez who was killed as a result of the Marine Barracks Bombing. The Estate of Caridad Rodriguez and Miguel A. Rodriguez are the parents of (Estate of) Juan Rodriguez, who were both alive on 10/23/1983 but Caridad Rodriguez has since become deceased. The Estate of Juan Rodriguez is a plaintiff in the action *Peterson, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:01-cv-2094.* Miguel Rodriguez is a citizen of the United States and currently residents of the State of Florida. Miguel Rodriguez brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Florida. The murder of his brother caused him severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

**The Shipp Family**

318.    Plaintiff Sheryn Schenkman is the daughter of Thomas Shipp who was killed as a result of the Marine Barracks Bombing. The Estate of Thomas Shipp is a plaintiff in the action *Peterson, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:01-cv-2094.* Sheryn Schenkman is a citizen of the United States and currently residents of the Commonwealth of Massachusetts. Sheryn Schenkman brings a claim for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Massachusetts. The murder of her father caused her severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Shropshire Family

319.    Plaintiffs (Estate of) Vontina Blue, Oscar Mack, Jr., Tamika Turner, (Estate of) Shendina Mack, Ahmad King, and Kizzy King are the siblings of Jerryl Shropshire who was killed as a result of the Marine Barracks Bombing. The Estates of Eloise Shropshire and Oscar Mack, Sr. were the parents of Jerryl Shropshire. The Estate of Jerryl Shropshire is a plaintiff in the action *Peterson, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:01-cv-2094.* All of the Shropshire family members are/were citizens of the United States and currently (or were) residents of the State of Michigan or Georgia. Both parents and the siblings bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Michigan or Georgia. The murder of their son/brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Silvia Family

320.    Plaintiff David M. Silvia and Lorena Keemon are the siblings of James F. Silvia who was killed as a result of the Marine Barracks Bombing. The Estate of James F. Silvia is a plaintiff in the action *Spencer, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:06-cv-0750.* Both Silvia siblings are citizens of the United States and currently residents of the State of Rhode Island. David M. Silvia and Lonera Keemon bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or Rhode Island. The murder of their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Surch Family

321.    Plaintiffs (Estates of) Margaret Surch and James F. Surch were the parents of James Surch who was killed as a result of the Marine Barracks Bombing. The Estate of James Surch is a plaintiff in the action *Bland, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:05-cv-2124*. Both of the Surch parents were alive on 10/23/1983 but have since deceased. Both parents were citizens of the United States and resided in the State of California. The (Estates of) both parents bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or California. The murder of their son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

## The Weekes Family

322.    Plaintiff Faith Weekes and Colin Weekes are the siblings of O'Brian Weekes who was killed as a result of the Marine Barracks Bombing. The Estate of Gilbert Edmond is the father of O'Brian Weekes. The Estate of O'Brian Weekes is a plaintiff in the action *Bland, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:05-cv-2124*. Faith and Colin Weekes are citizens of the United States and currently residents of the State of New York. Gilbert Edmond was a citizen of the United States and resident of Florida at the time of his death. All of the Weekes Plaintiff's brings claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York or Florida. The murder of their family member caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiff can sue and be sued in this Court.

### The Wyche Family

323.    Plaintiffs Shirley Hawkins, Stacey Robinson, Vaughn Robinson, LaShanda Robinson, and Priscilla King-Scott are the siblings are Craig Wyche who was killed as a result of the Marine Barracks Bombing. (The Estate of) John Wyche, Sr., was the father of Craig Wyche. The Estate of Craig Wyche is a plaintiff in the action *Peterson, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:01-cv-2094.* All of the Wyche family members are citizens of the United States and currently (or were at the time of death) residents of the State of New York. The Wyche family members bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York. The murder of their brother/son caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### The Zawacki Family

324.    Plaintiffs Joanne Z. Sharpe and Christine Peckham are the sisters of Michael Zawacki who survived the Marine Barracks Bombing. Michael Zawacki is a plaintiff in the action *Bova, et al. v. Islamic Republic of Iran, et al., Civil Action No. 1:15-cv-1074.* Both sisters are citizens of the United States and currently residents of the State of New York or North Carolina. Both sisters bring claims for loss of solatium and/or intentional infliction of emotional distress pursuant to § 1605A(c), or, in the alternative, under the laws of the District of Columbia or New York or North Carolina. The injuries to their brother caused them severe mental anguish, pain, suffering and extreme emotional distress. Plaintiffs can sue and be sued in this Court.

### III.    THE DEFENDANT

325.    Defendant Islamic Republic of Iran is a foreign sovereign state. Iran operated under a constitutional monarchy until January 16, 1979, when Shah Mohammed Reza Pahlavi fled the country after a period of violent unrest orchestrated by the Ayatollah Ruhollah Musawi Khomeini and his followers. On April 1, 1979, Ayatollah Khomeini declared the creation of the Islamic Republic of Iran.

326.    Iran is now and has been designated a state sponsor of terrorism pursuant to Section 6(j) of the Export Administration Act of 1979 (50 U.S.C. Appx. § 2405(j)), and section 620A of the Foreign Assistance Act of 1961 (22 U.S.C. § 2371) since January 19, 1984. Iran was designated a state sponsor of terrorism as a result, *inter alia*, of the 1983 Beirut Embassy Bombing.

327.    The Iranian Ministry of Information and Security ("MOIS") functions as the Iranian Intelligence Service and, in this capacity, as an agent of Iran.

328.    MOIS operates both within and outside Iranian territory.

329.    Pursuant to U.S.C. § 1605A(c), Defendant Iran is vicariously liable for the acts of its officers, employees, or agents, including those of MOIS.

### IV.    FACTUAL ALLEGATIONS

### The October 23, 1983 Attack on the headquarters building of the 1/8 Battalion Landing Team and 24th Marine Amphibious Unit in Beirut

330.    Paragraphs 1 through 329 are incorporated herein as if fully set forth herein.

331.    Hezbollah is an organization of Lebanese Muslims who are adherents of the Shia or Shiite faction of Islam. It represents itself as "an Islamic freedom fighting movement" which views any part of the Near East under the control of the State of Israel as "occupied land". It advocates the expulsion of the United States from the Near East and is committed to violent

action to that end and to the termination of the existence of the State of Israel. At all times relevant to this action, Defendant gave Hezbollah extensive support, which permitted the organization to carry out a wide ranging program of terrorism against the United States and the State of Israel and a social welfare program designed to garner political support amongst the Shiite population of Lebanon. In 1983, at the time of the acts which gave rise to this action, Hezbollah was under the complete operational control of the Defendant, through Iranian Revolutionary Guards units within Lebanon. The Shia or Shiite Community in Lebanon has been economically depressed for an extended period of time prior to the date of the occurrence and was further disadvantaged by a level of education far below that of other major groups within Lebanon. The provision of extensive economic support by the Defendant to Hezbollah was necessary for that organization to carry out a terrorist attack of the scope and technological sophistication of the attack of October 23, 1983.

332.    The Mission statement of the 24th Amphibious Unit on October 23, 1983 was "to provide a presence in Beirut that would in turn help establish the stability necessary for the Lebanese government to regain control of their capital." The Unit operated under normal, peacetime rules of engagement. Their geographic position was in a reinforced concrete building at the Beirut Airport. Although there were sporadic small arms and mortar fire directed at the airport, the Unit only replied through counter-fire when receiving such attacks. There was no mission designated by the United States Government, the Lebanese Government, or anyone else under which the Unit was a participant in the ongoing civil war. The building being used by the Unit gave excellent protection from small arms, mortar and artillery rounds which struck it from time to time in the months preceding October 23, 1983.

333.    Acting on instructions from the Defendant, The Islamic Republic of Iran, the Iranian agents of the Defendant in operational control of Hezbollah, with high-level technical participation which would not have been available to Hezbollah in the absence of Iranian control and participation, carried out the construction of a gas-enhanced explosive force equal to 5,000 pounds of explosives. This was in turn mounted in a large Mercedes truck of a type commonly seen on construction projects which had been determined by Iranian terrorist experts to have sufficient weight to crash through an outer barbed wire emplacement, yet would fit between two sandbagged sentry posts, then penetrate through an iron fence gate, climb over a sewer pipe obstruction and through a sandbag inner barrier obstruction into a passenger entry hallway into the center lobby of the building to a position at which Iranian explosive experts had calculated an explosive magnitude to be produced by the device that would collapse the structure. At approximately 6:22 am, Beirut time, on October 23, 1983 the attack was carried out exactly in the complex manner planned by the Iranian agents, producing the results which their calculations had lead them to expect. The collapse of the four-story reinforced concrete structure resulted in the deaths of approximately 241 members of the Armed Forces of the United States and injury to numerous others.

334.    The actions of the agents of the Defendant as above set forth constitutes acts of torture, extrajudicial killing and the provision of material resources for them are acts as defined in Section 2339A, Title 18, United States Code.

335.    The formation of Hezbollah and its emergence as a major terrorist organization was the product of direct intervention by Iranian operatives, including the Iranian Revolutionary Guards, the Defendant, the Ministry of Information and Security and Ali Akbar Mohyashemi, acting as Interior Minister of the Defendant, The Islamic Republic of Iran, and the Iranian

Ambassador to Syria. The above-referred activities of Hezbollah were financed, technologically supported and commanded by Iranian military/ intelligence operatives.

### COUNT I
### 28 U.S.C. § 1605A(c), PRIVATE RIGHT OF ACTION

336.    Paragraphs 1 through 335 are incorporated herein as if fully set forth herein.

337.    The Islamic Republic of Iran was and is a state sponsor of terrorism as described in 28 U.S.C. § 1605A(a)(2)(A)(i).  Defendant and its agents were acting within the scope of their office, employment, or agency in committing the acts alleged herein, including planning and carrying out the terrorist attack on the Marine Barracks in Beirut, Lebanon on October 23, 1983.

338.    As a direct and proximate result of the willful, wrongful, intentional, reckless and heinous acts of Hezbollah members, whose acts were funded and directed by the Islamic Republic of Iran through its agent MOIS, Plaintiffs suffered, *inter alia*, physical pain and suffering, mental anguish, emotional pain and suffering, solatium damages and/or economic losses resulting from Defendant's acts.

339.    Pursuant to 28 U.S.C. § 1605A(c), Plaintiffs, who are U.S. nationals may assert a cause of action against Defendant for personal injury that was caused by an act of extrajudicial killing or the provision of material support or resources for such an act, if performed or provided by an official, employee, or agent of Defendant while acting within the scope of his or her office, employment, or agency.

340.    Accordingly, as a result of Defendant's actions, Plaintiffs seek compensatory damages.

341.    WHEREFORE, Plaintiffs demand that judgment be entered against Defendant in such amounts as are permitted by law and in accordance with this Court's prior determinations of awards and Judgments on behalf of similarly situated Plaintiffs, both for their compensatory,

solatium and punitive damages, and otherwise as permitted by this Court. As to punitive damages, the Islamic Republic of Iran must be sent a message by this Court that its past and continued sponsorship of terror is unconscionable and will not be tolerated by this Court, which should award the Plaintiffs the amount of FOUR BILLION DOLLARS ($4,000,000,000) for such damages, in addition to an award of all other allowable damages, interest, attorney fees, and assessment of costs and expenses, and the entry of Judgment, against the Defendant.

## COUNT II
## LOSS OF SOLATIUM

342. Paragraphs 1 through 335 are incorporated herein as if fully set forth.

343. As a direct and proximate result of the willful, wrongful, intentional, and reckless acts of Defendant, the Plaintiff family members of the victims suffered extreme mental anguish, emotional pain and suffering, and the loss of the society and companionship of the victims.

344. Accordingly, Plaintiff family members bring claims for loss of solatium against Defendant pursuant to 28 U.S.C. § 1605A(c), or, in the alternative, the laws of the District of Columbia.

345. WHEREFORE, the individual Plaintiffs demand that judgment be entered against Defendant, in the amount of FOUR BILLION DOLLARS ($4,000,000,000).

## COUNT III
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

346. Paragraphs 1 through 335 are incorporated herein as if fully set forth.

347. On October 23, 1983, members of Hezbollah willfully, violently, and forcefully caused an explosive device to detonate at the Marine Barracks in Beirut, Lebanon.

348. The act of detonating an explosive charge at the Marine Barracks in Beirut, Lebanon on October 23, 1983 constituted extreme and outrageous conduct on the part of

Hezbollah members, whose acts were funded and directed by the Islamic Republic of Iran through its agent MOIS.

349.    As a direct and proximate result of the willful, wrongful, intentional, and reckless acts of Hezbollah members, whose acts were funded and directed by the Islamic Republic of Iran through its agent MOIS, Plaintiffs suffered severe emotional distress, entitling them to compensatory damages.

350.    Each Plaintiff family member may assert a cause of action for intentional infliction of emotional distress against Defendant in connection with the willful, wrongful, intentional, and reckless actions of Hezbollah members.  Such cause of action may be asserted pursuant to 28 U.S.C. § 1605A(c), or, in the alternative, the laws of the District of Columbia.

351.    WHEREFORE, Plaintiffs demand that judgment be entered, against Defendant in the amount of FOUR BILLION DOLLARS ($4,000,000,000).

### COUNT IV
### PUNITIVE DAMAGES

352.    Paragraphs 1 through 335 are incorporated herein as if fully set forth.

353.    As a direct and proximate result of the willful, wrongful, intentional, and reckless acts of Defendant, the Plaintiff and the Plaintiff's family members of the victims suffered extreme mental anguish, emotional pain and suffering, and the loss of the society and companionship and solatium as a result of the Plaintiff being injured in the attack.

354.    Under federal and/or state and foreign law, the Plaintiffs, and each of them, are entitled to an award of punitive damages to be assessed and awarded against the Defendant for its heinous, reprehensible and unforgiving conduct in perpetrating unrelenting terror upon the United States of America, her citizens, and the Plaintiffs, and each of them.  The purposes of punitive damages is to punish, for retribution and to deter further acts of terror by the Defendant

and other terror organizations and those who provide material support for the sponsorship of terror.  This allows, and under the circumstances requires, a message to be sent by this Court to the Islamic Republic of Iran that it's past and ongoing sponsorship of terror will not be countenanced by this Court, or by the United States of America.  An award of not less than one billion dollars in punitive damages should be assessed against the Defendant, and Judgment should be entered on behalf of the Plaintiffs, and each of them, in such amount of punitive damages, to be shared among them in direct proportion to the other damages awarded to each of the Plaintiffs, and as the interests of justice may allow.

WHEREFORE, Plaintiffs demand that judgment be entered, jointly and severally, against Defendant in the amount of TEN BILLION DOLLARS ($10,000,000,000).

## PRAYER FOR RELIEF

WHEREFORE Plaintiffs, pray that the Court:

A. Grant Plaintiffs judgment in their favor against Defendant on Counts I through IV; and

B. Award Plaintiffs;

1. Compensatory damages against Defendant the Islamic Republic of Iran in the amount of  TWELVE BILLION DOLLARS ($12,000,000,000);

2. Punitive damages against Defendant the Islamic Republic of Iran in the amount of TEN BILLION DOLLARS ($10,000,000,000);

3. Pre-judgment interest as allowed by law;

4. Reasonable costs and expenses;

5. An award of reasonable attorneys' fees; and

6. Such other and further relief which the Court may determine to be just and equitable under the circumstances.

Dated:  February 13, 2019                    Respectfully Submitted,


                                             _____/s/_____
                                             Caragh Fay, Esq. (DC Bar# 993191)
                                             FAY LAW GROUP, P.A.
                                             777 6th Street, NW, Suite 410
                                             Washington, DC  20001
                                             Tel.:  (202) 589-1300
                                             Fax:  (202) 216-0298
                                             *Counsel for All Plaintiffs*