UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THE ESTATE OF TERRY HUDSON,** et al., *Plaintiffs,* v. **THE ISLAMIC REPUBLIC OF IRAN,** et al., *Defendants*. | Case No. 1:19-cv-377-RCL |

### DECLARATION OF ALAN L. BALARAN, ESQ.

I, Alan L. Balaran, swear and affirm as follows:

1. I do not have a relationship to the parties, attorneys, action, or court that would require disqualification of a judge under 28 U.S.C. § 455.

2. I understand that I must proceed with all reasonable diligence and that my duties, as special master, are limited to my authority under Federal Rule of Civil Procedure 53(c).

3. I have read, understand, and will abide by the attached Administrative Plan Governing Special Masters.

4. Attached to my declaration is a true and correct copy of my *curriculum vitae*.

I declare under penalty of perjury that the foregoing is true and accurate.

Date: December 9, 2021            /s/ Alan L. Balaran
                                  Alan L. Balaran, Esq.