**ALAN L. BALARAN, ESQ.**
1717 PENNSYLVANIA AVENUE, N.W.
SUITE 1025
WASHINGTON, D.C. 20006
TELEPHONE: (202) 466-5019 • FACSIMILE: (202) 986-8477
E-MAIL: abalaran@balaran-law.com

### SPECIAL MASTER/CORPORATE COUNSEL/LITIGATION COUNSEL

Demonstrated experience as a federal special master – investigating claims, resolving discovery disputes, recommending damage awards, administrating funds, ensuring compliance with court orders, and drafting opinions.

**SPECIAL MASTER AND SPECIAL PROSECUTOR APPOINTMENTS**                          **1996 – Present**

| | |
|---|---|
| *Henkin v Islamic Republic of Iran* | **Civil Action Nos. 19-1184, 18-01273** |
| *Karcher v. Islamic Republic of Iran* | **Civil Action No. 16-0232** |
| *Ayres v. Islamic Republic of Iran* | **Civil Action No. 18-0265** |
| *Levinson v. Islamic Republic of Iran* | **Civil Action No. 17-0511** |
| *Baxter v. Islamic Republic of Iran* | **Civil Action No. 17-1910** |
| *Bova v. Islamic Republic of Iran* | **Civil Action No. 15-1074** |
| *Ewan v. Islamic Republic of Iran* | **Civil Action No. 17-1628** |
| *DiBenedetto v. Islamic Republic of Iran,* | **Civil Action No. 16-2429** |
| *John Doe A-1 TO A-49 v. Republic of Korea,* | **Civil Action No. 18-0252** |
| *Maupin v. Syrian Arab Republic,* | **Civil Action No. 17-1213** |
| *Allan v. Islamic Republic of Iran,* | **Civil Action No. 17-0338** |
| *Bova v. Islamic Republic of Iran,* | **Civil Action No. 15-1074** |
| *Foley v. Syrian Arab Republic,* | **Civil Action No. 11-0699** |
| *Kaplan v. Hezbollah,* | **Civil Action No. 10-0483** |
| *Relvas v. Islamic Republic of Iran,* | **Civil Action No. 14-1752** |
| *Worley v. Islamic Republic of Iran,* | **Civil Action No. 12-2069** |
| *Spencer v. Islamic Republic of Iran,* | **Civil Action No. 12-0042** |
| *Brown v. Islamic Republic of Iran,* | **Civil Action No. 08-0531** |
| *Anderson v. Islamic Republic of Iran,* | **Civil Action No. 08-0535** |
| *Davis v. Islamic Republic of Iran,* | **Civil Action No. 07-1302** |
| *Spencer v. Islamic Republic of Iran,* | **Civil Action No. 06-0750** |
| *O'Brien v. Islamic Republic of Iran,* | **Civil Action No. 06-0696** |
| *Murphy v. Islamic Republic of Iran,* | **Civil Action No. 06-0596** |
| *Bland v. Islamic Republic of Iran,* | **Civil Action No. 05-2124** |
| *Valore v. Islamic Republic of Iran,* | **Civil Action No. 03-1959** |

- *Special Prosecutor - Navajo Nation,* **No. WR-SD-01-09**                     **2010 – 2012**

    Appointed by the Navajo Nation Special Division of the Window Rock District Court to investigate alleged criminal misconduct and ethical improprieties by senior tribal officials.

- *Medtronic v. Michelson,* **Civil Action No. 01-2373**                         **2003 – 2004**

    Appointed by the U.S. District Court for the Western District of Tennessee to oversee the production of electronic discovery and to resolve privilege disputes in a multi-state intellectual property litigation. Responsibilities included overseeing the review of more than ten terabytes of electronic information as well as more than one million pages of documents. Drafted more than two dozen opinions containing findings and recommendations.

- *Cobell v. Norton*, Civil Action No. 96-1285                                             1999 – 2004

    Appointed by the U.S. District Court for the District of Columbia to adjudicate discovery disputes and to ensure compliance with court orders in a case brought by 500,000 Native Americans alleging breach of fiduciary responsibility by the Departments of the Interior and Treasury. Responsibilities included ensuring the security of trust information and investigating allegations of impropriety. Drafted more than 50 reports and opinions containing findings and recommendations.

- *Neal v. District of Columbia*, Civil Action No. 93-2400                          1996 – 2006

    Appointed by the U.S. District Court for the District of Columbia to investigate allegations of sexual harassment and retaliation brought by District of Columbia Department of Corrections employees and to ensure compliance with court orders. Devised a formula to evaluate spectrum of emotional damages and drafted more than 150 reports and opinions containing findings and recommendations. Subsequently retained by the Department of Corrections to serve as Special Inspector to promulgate policies, procedures, controls and training modules.

## CORPORATE COUNSEL POSITIONS

- **Eastern Savings Bank** – The largest privately-owned bank in Maryland.

    **Outside Litigation Counsel**                                                          2010 – 2016

    Directly responsible for representing bank in disputes concerning the Home Owners Loan Act, the Dodd Frank Act and federal-state preemption issues.

- **BAE Systems/Integrated Systems Solutions** – An international defense contractor.

    **Outside Counsel**                                                                              2007 – 2010
    **General Counsel**                                                                             2003 – 2009

- **Sibley Memorial Hospital**

    **Outside Litigation Counsel**                                                          2001 – 2012

    Directly responsible for representing hospital in all aspects of employment litigation.

- **Detica Federal, Inc. (formerly DFI International, Inc.)** – British-based defense company providing security consulting services to senior decision-makers in the public and private sectors.

    **General Counsel**                                                                             1994 – 2007

    Directly responsible for all legal matters including employment training, risk management, and contractual transactions.